

# AUTHORIZATION
(Prisoner's Account Only)

1: CV Case No. 00-2143

③
12-15-00
sc

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

FILED
SCRANTON
DEC 12 2000
PER _____
DEPUTY CLERK

I, JOHN CHARLES KENNEY 05238-041, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: November 7, 2000

Mr. John Charles Kenney
Signature of Prisoner #05238-041



ACCOUNT STATEMENT
DATE 11/08/00
PAGE No. 01

Account # 05238041

KENNEY, JOHN C
ADM DET

| ----BEGINNING---- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 42.59 | .00 | .00 | .00 | 42.59 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000003 | 8:05 | 01-07-00 | SALE / REGULAR | 21.55- | 21.04 |
| T04665 | 13:19 | 01-12-00 | MONEY ORDER | 20.00 | 41.04 |
| 000002 | 8:24 | 01-14-00 | SALE / REGULAR | 21.55- | 19.49 |
| 000002 | 7:57 | 01-21-00 | SALE / REGULAR | 19.01- | .48 |
| T05678 | 14:10 | 02-08-00 | MONEY ORDER | 20.00 | 20.48 |
| 000041 | 12:57 | 02-10-00 | SALE / REGULAR | 20.35- | .13 |
| T05879 | 13:40 | 02-11-00 | MONEY ORDER | 20.00 | 20.13 |
| 000004 | 8:03 | 02-18-00 | SALE / REGULAR | 19.80- | .33 |
| T07233 | 14:34 | 03-13-00 | MONEY ORDER | 30.00 | 30.33 |
| 000002 | 8:03 | 03-17-00 | SALE / REGULAR | 22.15- | 8.18 |
| 000003 | 9:41 | 03-24-00 | SALE / REGULAR | 7.59- | .59 |
| T07912 | 13:54 | 03-30-00 | MONEY ORDER | 20.00 | 20.59 |
| 000015 | 13:55 | 04-06-00 | SALE / REGULAR | 19.85- | .74 |
| 000017 | 8:44 | 04-14-00 | SALE / REGULAR | .50- | .24 |
| T08751 | 12:25 | 04-18-00 | MONEY ORDER | 20.00 | 20.24 |
| PLRAIN | 14:31 | 04-18-00 | ENC. / DISCIPLINE | 12.64- | 20.24 |
| 000020 | 8:49 | 04-21-00 | SALE / REGULAR | 7.59- | 12.65 |
| PLRAIN | 11:11 | 05-10-00 | ENC. / DISCIPLINE | 12.64- | 12.65 |
| ENPLRA | 11:12 | 05-10-00 | ENC. / DISCIPLINE | 25.28 | 12.65 |
| P-1245 | 11:12 | 05-10-00 | COMMISSARY FORM | 12.64- | .01 |
| T09728 | 13:26 | 05-11-00 | MONEY ORDER | 20.00 | 20.01 |
| PLRA06 | 14:26 | 05-11-00 | ENC. / DISCIPLINE | 2.00- | 20.01 |
| 000024 | 9:00 | 05-12-00 | SALE / REGULAR | 9.40- | 10.61 |
| 000025 | 9:02 | 05-12-00 | SALE / REGULAR | 8.58- | 2.03 |
| T10355 | 13:08 | 05-26-00 | MONEY ORDER | 10.00 | 12.03 |
| PLRA06 | 15:53 | 05-26-00 | ENC. / DISCIPLINE | 2.00- | 12.03 |
| 000011 | 9:11 | 06-02-00 | SALE / REGULAR | 7.78- | 4.25 |
| T10815 | 13:37 | 06-07-00 | MONEY ORDER | 20.00 | 24.25 |
| PLRA07 | 15:40 | 06-07-00 | ENC. / DISCIPLINE | 2.00- | 24.25 |
| 000020 | 9:09 | 06-09-00 | SALE / REGULAR | 18.06- | 6.19 |
| PLRAEN | 10:25 | 06-19-00 | ENC. / DISCIPLINE | 4.00 | 6.19 |
| P-1432 | 10:25 | 06-19-00 | COMMISSARY FORM | 4.00- | 2.19 |
| P-1432 | 10:26 | 06-19-00 | COMMISSARY FORM | 4.00 | 6.19 |
| P-1433 | 10:27 | 06-19-00 | COMMISSARY FORM | 4.00- | 2.19 |
| T11378 | 13:12 | 06-21-00 | MONEY ORDER | 70.00 | 72.19 |
| PLRA07 | 15:56 | 06-21-00 | ENC. / DISCIPLINE | 14.00- | 72.19 |
| 000062 | 14:04 | 06-22-00 | SALE / REGULAR | 20.35- | 51.84 |
| PLRA07 | 10:47 | 07-03-00 | ENC. / DISCIPLINE | 45.00- | 51.84 |
| PLRA07 | 10:24 | 07-14-00 | ENC. / DISCIPLINE | 61.00- | 51.84 |
| ENBAL | 10:25 | 07-14-00 | ENC. / DISCIPLINE | 61.00 | 51.84 |
| ENBAL | 10:26 | 07-14-00 | ENC. / DISCIPLINE | 61.00 | 51.84 |



ACCOUNT
STATEMENT
DATE 11/08/00
PAGE No. 02

Account # 05238041

KENNEY, JOHN C
ADM DET

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| P-1609 | 10:51 | 07-14-00 | COMMISSARY FORM | 16.00- | 35.84 |
| T12449 | 14:17 | 07-14-00 | MONEY ORDER | 100.00 | 135.84 |
| PLRA08 | 15:58 | 07-14-00 | ENC. / DISCIPLINE | 20.00- | 135.84 |
| 000022 | 9:17 | 07-21-00 | SALE / REGULAR | 27.50- | 108.34 |
| P-1691 | 10:13 | 08-03-00 | COMMISSARY FORM | 10.00- | 98.34 |
| 000012 | 8:43 | 08-04-00 | SALE / REGULAR | 40.20- | 58.14 |
| PLRA08 | 12:33 | 08-09-00 | ENC. / DISCIPLINE | 20.00 | 58.14 |
| P-1744 | 12:33 | 08-09-00 | COMMISSARY FORM | 20.00- | 38.14 |
| 000011 | 8:32 | 08-11-00 | SALE / REGULAR | 9.15- | 28.99 |
| P-1744 | 14:06 | 08-11-00 | COMMISSARY FORM | 20.00 | 48.99 |
| P-1744 | 14:06 | 08-11-00 | COMMISSARY FORM | 18.00- | 30.99 |
| 000009 | 8:32 | 08-18-00 | SALE / REGULAR | 23.95- | 7.04 |
| 0E34EE | 20:01 | 08-20-00 | DEPOSIT ITS FUNDS | 5.00- | 2.04 |
| P-1744 | 13:31 | 08-24-00 | COMMISSARY FORM | 2.00- | .04 |
| T14476 | 7:43 | 08-31-00 | MONEY ORDER | 20.00 | 20.04 |
| PLRA09 | 15:38 | 08-31-00 | ENC. / DISCIPLINE | 2.00- | 20.04 |
| 000011 | 8:45 | 09-07-00 | SALE / REGULAR | 17.91- | 2.13 |
| PLRAEN | 9:24 | 09-15-00 | ENC. / DISCIPLINE | 2.00 | 2.13 |
| P-9902 | 10:04 | 09-15-00 | COMMISSARY FORM | 2.00- | .13 |
| T15215 | 14:34 | 09-18-00 | MONEY ORDER | 25.00 | 25.13 |
| PLRA10 | 16:00 | 09-18-00 | ENC. / DISCIPLINE | 3.00- | 25.13 |
| 000009 | 8:55 | 09-22-00 | SALE / REGULAR | 20.15- | 4.98 |

**** TRANSACTION TOTAL ****        37.61-

------ENDING------AVAILABLE   ENCUMBRANCE   OUTSTANDING   SPECIAL    ACCOUNT
                  BALANCE       BALANCE       BALANCE     BALANCE    BALANCE

```
                    ACCOUNT
                    STATEMENT
USP ALLENWOOD*LIMITED OFFICAL USE*        DATE 11/08/00
P.O. BOX 3500                             PAGE No. 01
WHITE DEER, PA  17810


                                    Account # 05238041

        KENNEY, JOHN C
        ADM DET
```

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 1.98 | 3.00 | .00 | .00 | 4.98 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| T00216 | 14:02 | 10-04-00 | MONEY ORDER | 20.00 | 24.98 |
| PLRA11 | 13:21 | 10-04-00 | ENC. / DISCIPLINE | 2.00- | 24.98 |
| 000010 | 8:41 | 10-06-00 | SALE / REGULAR | 17.00- | 7.98 |
| PLRA10 | 12:37 | 10-20-00 | ENC. / DISCIPLINE | 3.00 | 7.98 |
| P-0094 | 12:56 | 10-20-00 | COMMISSARY FORM | 3.00- | 4.98 |
| T01414 | 15:16 | 11-01-00 | MONEY ORDER | 20.00 | 24.98 |
| PLRA12 | 16:22 | 11-01-00 | ENC. / DISCIPLINE | 2.00- | 24.98 |
| 000014 | 9:42 | 11-03-00 | SALE / REGULAR | 16.75- | 8.23 |
| T01549 | 15:17 | 11-06-00 | MONEY ORDER | 50.00 | 58.23 |
| PLRA12 | 17:02 | 11-06-00 | ENC. / DISCIPLINE | 10.00- | 58.23 |
| 000011 | 14:34 | 11-07-00 | SALE / REGULAR | 16.35- | 41.88 |

```
              **** TRANSACTION TOTAL ****    36.90
```

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|