UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL RANDOLPH SCOTT,            :

       Petitioner            :    NO.: 3:CV-00-2179

V.                              :    (CONABOY, J.)

CHARLES ZEMSKI,                 :

       Respondent            :

FILED SCRANTON APR 27 2001 PER ___ DEPUTY CLERK

## DEFENDANT'S MOTION TO ENLARGE TIME

COMES NOW, David M. Barasch, United States Attorney for the Middle District of Pennsylvania, on behalf of the Respondent, and moves for an enlargement of time until May 11, 2001 within which to file our Opposition to Petitioner's Petition. As grounds for the Motion, the Respondent avers that it has received some of Petitioner's INS file but additional documents are forthcoming after which additional time is needed in order to properly frame and set forth the Respondent's legal position.

WHEREFORE, the Respondent respectfully requests additional time within which to file Opposition to Petitioner's Petition.

                                    Respectfully submitted,

                                    DAVID M. BARASCH
                                    United States Attorney

                                    J. JUSTIN BLEWITT, JR.
                                    Assistant United States Attorney

Date: April 27, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL RANDOLPH SCOTT, :

    Petitioner : NO.: 3:CV-00-2179

V. : (CONABOY, J.)

CHARLES ZEMSKI, :

    Respondent :

## CERTIFICATE RE: CONCURRENCE/NON-CONCURRENCE

The undersigned hereby certifies that because Plaintiff is proceeding pro se, he has not contacted Plaintiff for his concurrence. Therefore, Plaintiff is deemed to non-concur with this Motion.

    Respectfully submitted,

    DAVID M. BARASCH
    United States Attorney

    J. JUSTIN BLEWITT, JR.
    Assistant U.S. Attorney

Dated: April 26, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL RANDOLPH SCOTT,            :

        Petitioner         :     NO.: 3:CV-00-2179

V.                              :     (CONABOY, J.)

CHARLES ZEMSKI,                 :

        Respondent         :

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on the 27th day of April, 2001, via U.S. Mail, First Class, postage prepaid, upon the following:

Paul R. Scott
# 99-00-509
Snyder County Prison
600 Old Colony Road
Selinsgrove, PA 17870

*Teresa Finegan* (signature)
Teresa Finegan
Legal Secretary