UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
Plaintiff,

v.

JAKE MENDEZ, et al.,
Defendant.

Civil Action No. 1:00-CV-02143

Hon. Judge Rambo, presiding

FILED
HARRISBURG, PA
DEC 27 2000
MARY E. D'ANDREA, CLERK
Per _____

## TIMELY OBJECTION NOTICE

NOW COMES PLAINTIFF, John Charles Kenney, acting pro se in the above captioned civil proceeding. That Plaintiff-Kenney hereby files a timely "notice of objection." Plaintiff-Kenney wishes for Honorable Judge Rambo to conduct the proceedings in the instant case. Plaintiff-Kenney, respectfully objects to a U.S. Magistrate from hearing, or conducting and/or participating in the instant civil case.

WHEREFORE, plaintiff-Kenney wishes for the Court to grant this pro se objection in all respects. And to consider it in its entirety.

Respectfully submitted - requested,

Dated: 12/26/00

Kenney #05238-041
John Charles Kenney, pro se

Mr. John C. Kenney
05238-OHI
Lenwood USP
P.O. Box 3000
White Deer PA 17887-3000

Legal Mail

c/o Ms. Mary E. D'Andrea
Chief U.S. District Clerk
U.S. District Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg PA 17108-0983

FILED
HARRISBURG, PA
DEC 27 2000
MARY E. D'ANDREA, CLERK
Per _____

MAILED FROM
U.S. PENITENTIARY