# ORIGINAL

 

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN KENNEY,                              )
      Petitioner,                        )
                    )      CASE NO. 1:00-CV-02143
      v.                                 )
                    )
MENDEZ, et al.,                          )
      Respondent.                        )

**FILED**
**SCRANTON**

JAN 0 5 2001

PER _____ KMP
DEPUTY CLERK

### A F F I D A V I T

I, Michelle Mertz, hereby state:

    (1) I am employed as a Legal Assistant at the Federal Correctional Complex, (FCC) Allenwood, Pennsylvania. I have served in that capacity since May 1998.

    (2) The petitioner, John Kenney, Reg. No. 05238-041, is presently incarcerated at the United States Penitentiary, Allenwood, Pennsylvania, (USP Allenwood).

    (3) The following is a synopsis of the financial transactions in the inmate commissary account maintained by inmate Kenney at USP Allenwood, during the past six months.

        a. Prison account

| | |
|---|---|
| 1. Present Balance | $ 18.43 |
| 2. Total Amount of Deposits During Past Six Months | $355.00 |
| 3. Average Monthly Balance | $ 36.64 |
| 4. Average Monthly Deposits | $ 59.17 |

        b. Employment (average monthly wage):    $ 0.00

    (4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding six months.

    (5) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

*Michelle Mertz*
Michelle Mertz
Legal Assistant

January 3, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN KENNEY,                       )
      Petitioner,               )
                     )        CASE NO. 1:00-CV-02143
      v.                        )
                     )
MENDEZ, et al.,                    )
      Respondent.               )

FILED
SCRANTON

JAN 0 5 2001

PER _____ *(signature)*
DEPUTY CLERK

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice, Federal Bureau of Prisons, and is a person of such age and discretion as to be competent to serve papers.

That on January 3, 2001, she served copies of the attached:

### PRISON TRUST ACCOUNT FOR INMATE JOHN KENNEY, REG. NO. 05238-041

by delivering the documents in an envelope address to the persons hereinafter named, at the place and address stated below.

ADDRESSEE:     Inmate John Kenney
                    Reg. No. 05238-041
                    USP Allenwood
                    P. O Box 3000
                    White Deer, PA 17887

*Michelle Mertz*
Michelle Mertz
Legal Assistant

January 3, 2001



# ACCOUNT
# STATEMENT
DATE 12/27/00
PAGE No.01

Account # 05238041

KENNEY, JOHN C
ADM DET

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 42.59 | .00 | .00 | .00 | 42.59 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000003 | 8:05 | 01-07-00 | SALE / REGULAR | 21.55- | 21.04 |
| T04665 | 13:19 | 01-12-00 | MONEY ORDER | 20.00 | 41.04 |
| 000002 | 8:24 | 01-14-00 | SALE / REGULAR | 21.55- | 19.49 |
| 000002 | 7:57 | 01-21-00 | SALE / REGULAR | 19.01- | .48 |
| T05678 | 14:10 | 02-08-00 | MONEY ORDER | 20.00 | 20.48 |
| 000041 | 12:57 | 02-10-00 | SALE / REGULAR | 20.35- | .13 |
| T05879 | 13:40 | 02-11-00 | MONEY ORDER | 20.00 | 20.13 |
| 000004 | 8:03 | 02-18-00 | SALE / REGULAR | 19.80- | .33 |
| T07233 | 14:34 | 03-13-00 | MONEY ORDER | 30.00 | 30.33 |
| 000002 | 8:03 | 03-17-00 | SALE / REGULAR | 22.15- | 8.18 |
| 000003 | 9:41 | 03-24-00 | SALE / REGULAR | 7.59- | .59 |
| T07912 | 13:54 | 03-30-00 | MONEY ORDER | 20.00 | 20.59 |
| 000015 | 13:55 | 04-06-00 | SALE / REGULAR | 19.85- | .74 |
| 000017 | 8:44 | 04-14-00 | SALE / REGULAR | .50- | .24 |
| T08751 | 12:25 | 04-18-00 | MONEY ORDER | 20.00 | 20.24 |
| PLRAIN | 14:31 | 04-18-00 | ENC. / DISCIPLINE | 12.64- | 20.24 |
| 000020 | 8:49 | 04-21-00 | SALE / REGULAR | 7.59- | 12.65 |
| PLRAIN | 11:11 | 05-10-00 | ENC. / DISCIPLINE | 12.64- | 12.65 |
| ENPLRA | 11:12 | 05-10-00 | ENC. / DISCIPLINE | 25.28 | 12.65 |
| P-1245 | 11:12 | 05-10-00 | COMMISSARY FORM | 12.64- | .01 |
| T09728 | 13:26 | 05-11-00 | MONEY ORDER | 20.00 | 20.01 |
| PLRA06 | 14:26 | 05-11-00 | ENC. / DISCIPLINE | 2.00- | 20.01 |
| 000024 | 9:00 | 05-12-00 | SALE / REGULAR | 9.40- | 10.61 |
| 000025 | 9:02 | 05-12-00 | SALE / REGULAR | 8.58- | 2.03 |
| T10355 | 13:08 | 05-26-00 | MONEY ORDER | 10.00 | 12.03 |
| PLRA06 | 15:53 | 05-26-00 | ENC. / DISCIPLINE | 2.00- | 12.03 |
| 000011 | 9:11 | 06-02-00 | SALE / REGULAR | 7.78- | 4.25 |
| T10815 | 13:37 | 06-07-00 | MONEY ORDER | 20.00 | 24.25 |
| PLRA07 | 15:40 | 06-07-00 | ENC. / DISCIPLINE | 2.00- | 24.25 |
| 000020 | 9:09 | 06-09-00 | SALE / REGULAR | 18.06- | 6.19 |
| PLRAEN | 10:25 | 06-19-00 | ENC. / DISCIPLINE | 4.00 | 6.19 |
| P-1432 | 10:25 | 06-19-00 | COMMISSARY FORM | 4.00- | 2.19 |
| P-1432 | 10:26 | 06-19-00 | COMMISSARY FORM | 4.00 | 6.19 |
| P-1433 | 10:27 | 06-19-00 | COMMISSARY FORM | 4.00- | 2.19 |
| T11378 | 13:12 | 06-21-00 | MONEY ORDER | 70.00 | 72.19 |
| PLRA07 | 15:56 | 06-21-00 | ENC. / DISCIPLINE | 14.00- | 72.19 |
| 000062 | 14:04 | 06-22-00 | SALE / REGULAR | 20.35- | 51.84 |
| PLRA07 | 10:47 | 07-03-00 | ENC. / DISCIPLINE | 45.00- | 51.84 |
| PLRA07 | 10:24 | 07-14-00 | ENC. / DISCIPLINE | 61.00- | 51.84 |
| ENBAL | 10:25 | 07-14-00 | ENC. / DISCIPLINE | 61.00 | 51.84 |
| ENBOL | 10:26 | 07-14-00 | ENC. / DISCIPLINE | 61.00 | 51.84 |



**ACCOUNT**
**S TATEMENT**
DATE 12/27/00
PAGE No. 02

Account # 05238041

KENNEY, JOHN C
ADM DET

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | | AMOUNT | |
|---------|------|------|-------------------------|---|--------|---|
| P-1609 | 10:51 | 07-14-00 | COMMISSARY FORM | | 16.00- | 35.84 |
| T12449 | 14:17 | 07-14-00 | MONEY ORDER | $90.86 | 100.00 | 135.84 |
| PLRA08 | 15:58 | 07-14-00 | ENC. / DISCIPLINE | | 20.00- | 135.84 |
| 000022 | 9:17 | 07-21-00 | SALE / REGULAR | | 27.50- | 108.34 |
| P-1691 | 10:13 | 08-03-00 | COMMISSARY FORM | | 10.00- | 98.34 |
| 000012 | 8:43 | 08-04-00 | SALE / REGULAR | | 40.20- | 58.14 |
| PLRA08 | 12:33 | 08-09-00 | ENC. / DISCIPLINE | | 20.00 | 58.14 |
| P-1744 | 12:33 | 08-09-00 | COMMISSARY FORM | | 20.00- | 38.14 |
| 000011 | 8:32 | 08-11-00 | SALE / REGULAR | | 9.15- | 28.99 |
| P-1744 | 14:06 | 08-11-00 | COMMISSARY FORM | $30.37 | 20.00 | 48.99 |
| P-1744 | 14:06 | 08-11-00 | COMMISSARY FORM | | 18.00 | 30.99 |
| 000009 | 8:32 | 08-18-00 | SALE / REGULAR | | 23.95- | 7.04 |
| 0E34EE | 20:01 | 08-20-00 | DEPOSIT ITS FUNDS | | 5.00- | 2.04 |
| P-1744 | 13:31 | 08-24-00 | COMMISSARY FORM | | 2.00- | .04 |
| T14476 | 7:43 | 08-31-00 | MONEY ORDER | | 20.00- | 20.04 |
| PLRA09 | 15:38 | 08-31-00 | ENC. / DISCIPLINE | | 2.00- | 20.04 |
| 000011 | 8:45 | 09-07-00 | SALE / REGULAR | | 17.91- | 2.13 |
| PLRAEN | 9:24 | 09-15-00 | ENC. / DISCIPLINE | | 2.00 | 2.13 |
| P-9902 | 10:04 | 09-15-00 | COMMISSARY FORM | $9.43 | 2.00- | .13 |
| T15215 | 14:34 | 09-18-00 | MONEY ORDER | | 25.00 | 25.13 |
| PLRA10 | 16:00 | 09-18-00 | ENC. / DISCIPLINE | | 3.00- | 25.13 |
| 000009 | 8:55 | 09-22-00 | SALE / REGULAR | | 20.15- | 4.98 |

**** TRANSACTION TOTAL ****    37.61-

**ACCOUNT STATEMENT**

USP ALLENWOOD*LIMITED OFFICAL USE*
P.O. BOX 3500
WHITE DEER, PA  17810

DATE 12/27/00
PAGE No. 01

Account # 05238041

KENNEY, JOHN C
ADM DET

| | | | | BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1.98 | 3.00 | .00 | .00 | 4.98 |
| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | | | | | AMOUNT | |
| T00216 | 14:02 | 10-04-00 | MONEY ORDER | | | | | 20.00 | 24.98 |
| PLRA11 | 15:21 | 10-04-00 | ENC. / DISCIPLINE | | | | | 2.00- | 24.98 |
| 000010 | 8:41 | 10-06-00 | SALE / REGULAR | | | | | 17.00- | 7.98 |
| PLRA10 | 12:37 | 10-20-00 | ENC. / DISCIPLINE | | | | | 3.00 | 7.98 |
| P-0094 | 12:56 | 10-20-00 | COMMISSARY FORM | | | | | 3.00- | 4.98 |
| T01414 | 15:16 | 11-01-00 | MONEY ORDER | | | | | 20.00 | 24.98 |
| PLRA12 | 16:22 | 11-01-00 | ENC. / DISCIPLINE | | | | | 2.00- | 24.98 |
| 000014 | 9:42 | 11-03-00 | SALE / REGULAR | | | | | 16.75- | 8.23 |
| T01549 | 15:17 | 11-06-00 | MONEY ORDER | | | | | 50.00 | 58.23 |
| PLRA12 | 17:02 | 11-06-00 | ENC. / DISCIPLINE | | | | | 10.00- | 58.23 |
| 000011 | 14:34 | 11-07-00 | SALE / REGULAR | | | | | 16.35- | 41.88 |
| ENCPLR | 10:21 | 11-15-00 | ENC. / DISCIPLINE | | | | | 2.00 | 41.88 |
| P-0234 | 10:25 | 11-15-00 | COMMISSARY FORM | | | | | 2.00- | 39.88 |
| T02128 | 15:14 | 11-16-00 | MONEY ORDER | | | | | 20.00 | 59.88 |
| PLRA12 | 16:54 | 11-16-00 | ENC. / DISCIPLINE | | | | | 4.00- | 59.88 |
| 000022 | 10:29 | 11-17-00 | SALE / REGULAR | | | | | 22.30- | 37.58 |
| 000018 | 9:38 | 11-21-00 | SALE / REGULAR | | | | | 14.10- | 23.48 |
| 000017 | 10:03 | 12-01-00 | SALE / REGULAR | | | | | 6.40- | 17.08 |
| T02804 | 15:41 | 12-04-00 | MONEY ORDER | | | | | 40.00 | 57.08 |
| PLRA01 | 16:50 | 12-04-00 | ENC. / DISCIPLINE | | | | | 6.00- | 57.08 |
| T02948 | 14:26 | 12-06-00 | MONEY ORDER | | | | | 50.00 | 107.08 |
| T02949 | 14:26 | 12-06-00 | MONEY ORDER | | | | | 10.00 | 117.08 |
| PLRA01 | 16:17 | 12-06-00 | ENC. / DISCIPLINE | | | | | 10.00- | 117.08 |
| PLRA01 | 16:17 | 12-06-00 | ENC. / DISCIPLINE | | | | | 2.00- | 117.08 |
| 000028 | 10:18 | 12-08-00 | SALE / REGULAR | | | | | 33.95- | 83.13 |
| 000022 | 10:24 | 12-15-00 | SALE / REGULAR | | | | | 30.00- | 53.13 |
| PLRA12 | 12:27 | 12-18-00 | ENC. / DISCIPLINE | | | | | 16.00- | 53.13 |
| P-0475 | 12:52 | 12-18-00 | COMMISSARY FORM | | | | | 16.00- | 37.13 |
| 000002 | 13:44 | 12-19-00 | SALE / REGULAR | | | | | 18.70- | 18.43 |

**** TRANSACTION TOTAL ****          13.45

$7.63

$31.76

$49.77

----ENDING----AVAILABLE  ENCUMBRANCE  OUTSTANDING     SPECIAL     ACCOUNT