Mr. John Charles Kenney
Register No. 05238-041
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000

FILED
SCRANTON
JAN 11 2001
MJBlewitt
PER _____
DEPUTY CLERK

Attn: Pro se Civil Clerk
Scranton Division
Civil Action No. 1:CV-00-2143

(10)
1/11/01
cy

Monday, January 8, 2001

Dear, Ms. M.E. D'Andrea:   (Clerk Of Court)

RE: John Charles Kenney v. Jake Mendez, et al,. No. 1:CV-00-2143

In re: Plaintiff's "Notice To The Court"

Please find (enclosed) (2) two-carbon copies, along with an original written "NOTICE TO THE COURT" filed by plaintiff himself. Plaintiff has provided Defendants' Paralegal with a sole carbon copy of the same. Please be advised that Plaintiff is and has been in segregative confinement, i.e., isolation segregation for the past (16) sixteen months. Meaning everything is "substantially limited" to him this, includes scribe materials, access to a photo copier, as well as, legal reference materials. Meanwhile, until this Court decides to appoint plaintiff Civil Counsel that plaintiff will do his best at trying to keep up with this litigation. Plaintiff is expected to depart temporarily from his place of confinement to attend a psychological or psychiatric evaluation and/or examination per Court Order of a Williamsport U.S. District Court Judge. Per Ct. Order plaintiff is expected to depart within (45) forty-five days of 1/4/01. Shall any proceedings commence within the 45-days, there is a reasonable probability that plaintiff may be unable to respond. Due to his expected departure. Plaintiff gives such notice in advance so that he does not forfeit any of his rights in this litigation. As a result, will you please process the (enclosed) materials. Thank you.

cc: jck (civil files)

Respectfully
Submitted
Requested

Kenney #05238-041