IN THE HONORABLE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
SCRANTON PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff,

    v.

JAKE MENDEZ, et al.,
    Defendants.

Civil Action No. 1:CV-00-2143

Honorable Judge Rambo, presiding
(Magistrate Judge Blewitt)

FILED
SCRANTON

JAN 11 2001

PER _____ LMT
        DEPUTY CLERK

## NOTICE TO THE COURT

Plaintiff gives notice to the Court that he has on Friday, January 5, 2001, received an ORDER, dated 1/4/01 from the Hon. Judge McClure, Jr. U.S. Dist. Ct. Judge. (Williamsport, M.D. Pa's Criminal Division). Ordering that plaintiff is to undergo a psychological or psychiatric examination pursuant to the provisions of Title 18, U.S. C. Sections 4242(a) and 4247(b) and (c) within forty-five (45) days of the date of such Order, at Case No. 4:CR-99-0280. The Order also states that the examination will be conducted away from plaintiff's current place of confinement, possibly conducted in another state other than Pennsylvania. Plaintiff has an affirmative obligation to inform the Court of his change of address pursuant to _Standing Practice Order_, p. 3., dated 2/28/94.    In addition, because plaintiff is only temporarily departing away from his current place of confinement that more than likely, he will be unable to take along his personal-property which contains his

legal papers and/or case file to the pending civil case.
Due to his "temporary writ status." Finally, the Order
does not give, nor indicate exactly when plaintiff is to
return. Plaintiff can only speculate as to his return.
See U.S. v. Gomez-Borges, 91 F. Supp. 2d 477, 481 (D.
Puerto Rico 2000)(mentioning (45) forty-five, (75) seventy-five,
plus the possibility of a (30) thirty-day extension pursuant
to 18 U.S.C 4242 evaluations). Lastly, plaintiff here
has fulfilled his affirmative obligation by providing the
Court with this notice of his temporary change or place
of confinement pursuant to Standing Practice Order, p.
3., dated 2/28/94. The Order did not specifically in-
dicate which facility that the examination, or where the
examination is to be conducted. As a result, plaintiff
is unable to provide the Court with his temporary ad-
dress, but will do so once he reaches his temporary desti-
nation.

Respectfully submitted,

By: _____ Kenney

Mr. John Charles Kenney, acting pro se
Register No. 05238-041
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000
Tel (570) 547-0963, ext. SHU 6630

Dated: 1/8/01

2

IN THE HONORABLE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
SCRANTON PENNSYLVANIA

JOHN CHARLES KENNEY,
          Plaintiff,

     v.

JAKE MENDEZ, et al,
          Defendants.

Civil Action No. 1:CV-00-2143

Honorable Judge Rambo, presiding

Before: (Magistrate Blewitt)

## CERTIFICATE OF SERVICE BY INCARCERATED LITIGANT

I, John Charles Kenney, acting _pro se_ hereby certifies
that on Monday, January 8, 2001, that I mailed (2)
copies, along with an original to the Hon. Chief Magistrate
Judge Blewitt of a Notice to The Court by placing this
material in a postpaid sealed legal envelope addressed
to the Scranton, Pa. U.S. District Courthouse.  I further
certify that on this same day I provided a single copy
for Defendants' Institution's Paralegal through the
prisons internal mailing system.

Addressee:

Mr. K. M. Sullivan
Institution Paralegal
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000

Mr. John Charles Kenney
Register No. 05238-041