

U. S. Department of Justice

Federal Prison System

*Federal Correctional Complex - Allenwood*

(570) 547-1990 X4119
(570) 547-0361 (FAX)

Office of Legal Services
White Deer, PA 17887-1500

February 6, 2001

Mary E. D'Andrea, District Clerk
United States District Court
for the Middle District of Pennsylvania
Attn: Nancy Edmonds
Post Office Box 1148
Scranton, PA 18501-1148

FILED
SCRANTON

FEB - 8 2001

_____ /s/ _____
DEPUTY CLERK

Re: KENNEY, John - Reg. No. 05238-041
1:00-CV-02143 and 00-3118

Dear Ms. Edmonds:

I have been informed that the above-referenced inmate has been transferred from the United States Penitentiary (USP), Allenwood to the U.S. Medical Center for Federal Prisoners (USMCFP), Springfield, Missouri. A complete copy of inmate Kenney's PLRA materials were sent to USMCFP Springfield.

Your point of contact at USMCFP Springfield will be Dennis Bitz, Attorney-Advisor. The address is as follows:

U.S. Medical Center for Federal Prisoners        (417) 837-1710
1900 W. Sunshine, P. O. Box 4000
Springfield, MO 65801-4000

If I may be of further assistance, please do not hesitate to contact me at (570) 547-1990, extension 4119.

Sincerely,

*Michelle Mertz*
MICHELLE MERTZ
Legal Assistant

cc: Dennis Bitz, Attorney-Advisor, USMCFP Springfield