Mr. John Charles Kenney
Register No. 05238-041
Unit 10-E
USMCFP-Springfield
P.O. Box 4000
Springfield, MO 65801-4000
Phone: (417) 862-7041

RECEIVED SCRANTON
FEB 06 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

Civil Division
MD - Pennsylvania

Cover Letter Attn: Pro Se Civil Clerk

1:00CV2143

Tuesday, January 30, 2001

Dear, Ms. M.E. D'Andrea:   (Clerk Of Courts)

RE: John Charles Kenney v. Jake Mendez, et al.

In re: Pro Se Plaintiff's Temporary Change Of Address

Please find (enclosed) my "temporary" address change. I recently arrived here on 1/18/01. I've been attempting to locate your address, and obtain scribe materials, since. I shouldn't be here too much longer. I will "immediately" inform you, as soon as, I return back to Pennsylvania. As a result, will you please process this material (enclosed)(reflecting my temporary address change).

Thank you in advance.

As always, respectfully submitted,

Kenney #05238-041
, acting pro se

Mr. John Charles Kenney
Register No. 05238-041
Building 10, Unit E
U.S. Med. Ctr. For Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

Phone: (417) 862-7041

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

FEB 06 2001

PER ___ DEPUTY CLERK

JOHN CHARLES KENNEY, Plaintiff,
v.
JAKE MENDEZ, Warden, et al, Defendant(s).

: Civil Action No. 1:00-CV-2143
(Hon. Mag. Blewitt, before)
(Hon. Judge Rambo, presiding)

PRO SE PLAINTIFF'S TEMPORARY
ADDRESS CHANGE

I, John Charles Kenney, Register No. 05238-041, is the Plaintiff in the above captioned civil proceeding hereby provides the Court and/or Clerk of Court with my "temporary change of address." My temporary address is:

Mr. John Charles Kenney
Register No. 05238-041
Unit 10-E
U.S. Med. Ctr. For Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Telephone: (417) 862-7041

Due to my continued solitary confinement status, I am unable to provide the parties with copies of this document reflecting my temporary address change. Shall I return back to Pennsylvania soon, or any time soon. I will "immediately" contact the Court via correspondence. Thank you all in advance for any and all cooperation regarding this matter.

Respectfully submitted,
Kenney #05238-041

Dated: 1/30/01