3/19/01 JB
16

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHARLES KENNEY, | : | CIVIL ACTION NO. **1:CV-00-2143** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Blewitt) |
| JAKE MENDEZ, Warden, et al., | : | |
| Defendants | : | |

FILED
SCRANTON
MAR 19 2001
PER JB
DEPUTY CLERK

**ORDER**

**AND NOW,** this 19th day of **March, 2001, IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Stay the Case **(Doc. 14)** is **GRANTED**.

2. The proceedings in this matter are hereby **STAYED**.

3. Defendant shall notify the Court of the date of the conclusion of the criminal trial of Plaintiff in United States v. Kenney, No. 4:CR-99-0280 (M.D. Pa.).

4. The stay will be automatically lifted within **sixty (60) days** of that date.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

**Dated: March 19, 2001**

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 19, 2001

Re: 1:00-cv-02143 Kenney v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

John Charles Kenney
U.S. Medical Center for Federal Prisoners
05238-041
1900 W. Sunshine
P.O. Box 4000
Springfield, MO 65801-4000

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108

cc:
Judge ( )
Magistrate Judge ( )
U.S. Marshal ( )
Probation ( )
U.S. Attorney ( )
Atty. for Deft. ( )
Defendant ( )
Warden ( )
Bureau of Prisons ( )
Ct Reporter ( )
Ctroom Deputy ( )
Orig-Security ( )
Federal Public Defender ( )
Summons Issued ( ) with N/C attached to complt. and served by: U.S. Marshal ( ) Pltf's Attorney ( )
Standard Order 93-5 ( )
Order to Show Cause ( ) with Petition attached & mailed certified mail to: US Atty Gen ( ) PA Atty Gen ( ) DA of County ( ) Respondents ( )
Bankruptcy Court ( )
Other________________ ( )

( ) Pro Se Law Clerk
( ) INS
( ) Jury Clerk

MARY E. D'ANDREA, Clerk

JB 3/19/01