# WAIVER OF SERVICE OF SUMMONS

TO: _John Charles Kenney_
(Name of plaintiff's attorney of pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Kenney_ vs _Mendez_

_____, which is case number _CV-00-2143_ in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _12-29-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2/26/01_    _[signature]_
DATE                SIGNATURE

Printed/typed name: __Jake Mendez__

Title if any: __Warden__

Address of Person signing:  USP Allenwood

P O Box 3500

White Deer, PA   17887

Party you represent: _____

FILED
SCRANTON
MAR 26 2001

PER _A_
DEPUTY CLERK

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Kenney | COURT CASE NUMBER: CV-00-2143 |
| DEFENDANT: Mealey | TYPE OF PROCESS: S+C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jessus "Jesse" Gonzalez

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): USP - Allenwood

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk: G. Lavelle | Date: 12/29/00 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): | Date of Service | Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: No longer at USP-Allenwood unexecuted

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

# WAIVER OF SERVICE OF SUMMONS

TO: _John Charles Kenney_
(Name of plaintiff's attorney of pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Kenney_ vs _Mendez_, which is case number _CV-00-2143_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _12-29-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_3/16/01_
DATE

_[signature]_
SIGNATURE

Printed/typed name: ___James Scarborough___

Title if any: _____

Address of Person signing: ___USP Allenwood___

___P O Box 3500___

___White Deer, PA   17887___

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: _John Charles Kenney_
(Name of plaintiff's attorney of pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Kenney_ vs _Mendez_ , which is case number _CV-00-2143_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _12-29-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2/27/01_
DATE

_Kelly Keiser_
SIGNATURE

Printed/typed name: __Kelly Keiser__

Title if any: __Case Manager__

Address of Person signing: __USP Allenwood__

__P O Box 3500__

__White Deer, PA 17887__

Party you represent: _____

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenney | CV-00-2143 |
| DEFENDANT | TYPE OF PROCESS |
| Mendez | Sac |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Attorney General, DoJ

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

---

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
The Attorney General
DoJ
Washington, DC
20530

A. Received by (Please Print Clearly)   B. Date of Delivery
JUSTICE
C. Signature   JAN - 2 2001
X Ernst A. Parker   ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label)
0 0520 0022 2818 0208   00-2143

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

USMS Deputy or Clerk   Date
_elle_   12/29/00

...ted as shown in "Remarks", the process described
...rporation, etc., shown at the address inserted below.
...named above (See remarks below)

| | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
|---|---|---|---|
| | 1/2/01 | | |

Signature of U.S. Marshal or Deputy
_Lavelle_

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

PRIOR EDITIONS    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenney | CV-00-2143 |
| DEFENDANT | TYPE OF PROCESS |
| Mendez | S & C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Attorney

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Williamsport, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  G. Lanelle | Date 12/27/00

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Wagner

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am / pm |
|---|---|---|
| 01/02/01 | 2:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | | |

REMARKS:   Start 1:55pm
           End  2:05pm
           One Deputy

PRIOR EDITIONS    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Kenney
    Plaintiff
V.

CASE NUMBER: 1:00-cv-02143

Mendez
    Defendant

TO:    (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

    John Charles Kenney
    USP-ALLENWOOD
    Maximum Security Correct. Inst.
    05238-041
    P.O. Box 3000
    White Deer, PA  17887

an answer to the complaint which is herewith served upon you, within (60) SIXTY DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
    Deputy Clerk

DATE: December 22, 2000

RETURN OF SERVICE - Case #1: .-cv-02143

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

| | Served personally upon the defendant. Place where served: _____

| | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

| | Returned unexecuted: _____

| | Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                    Signature of Server

                                     _____
                                     Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-02143

John Charles Kenney
    plaintiff

v.

Jake Mendez
    defendant
Jesus "Jesse" Gonzalez
    defendant
James "Jimmy" Scarborough
    defendant
Kelly M. Keiser
    defendant