00CV2143

(18)
3/29/01
TS
Blewitt

```
Mon Mar 26 10:55:14 2001

         UNITED STATES DISTRICT COURT

         SCRANTON        , PA

Receipt No.    333 83128
Cashier        tanya

Tender Type    CHECK

Check Number: 2221 07086340

Transaction Type    AR

DØ Code    Div No    Acct
4667       3         5100PL

Amount          $     16.00

JOHN KENNEY 05238041 NO ADDRESS GIVE

PARTIAL FILING FEE 00-CV-2143
```

FILED
SCRANTON

MAR 26 2001

PER _____TS_____
       DEPUTY CLERK

Check No. 2221 07086340
Amount    16.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667