**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVAIA

JOHN CHARLES KENNEY,     :   Civil No. 1:CV-00-2143
       Plaintiff,     :
            v.     :   (Hon. Judge Rambo, presiding)

JAKE MENDEZ, Warden, et al.,     :
       Defendants.     :

FILED
HARRISBURG, PA
MAR 29 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' STAY MOTION

COMES NOW Plaintiff, John Charles Kenney, acting <u>pro se</u> in the above civil case. Plaintiff-Kenney files the instant <u>pro se</u> motion in opposition to Defendants' previously filed motion for a stay, dated 2/26/01.

### PROCEDURAL HISTORY

On Wednesday, September 29, 1999, Defendants had maliciously and sadistically brutally attacked and beat Plaintiff-Kenney, causing "numerous" physical injuries, and emotional ongoing traumas. This occurred while Kenney was incarcerated at U.S. Penitentiary, Allenwood, located in White Deer, PA. (Union County). As a result of this terrible incident, where Kenney was beaten. That Kenney filed a Civil Rights Action on 11/28/00. Kenney's complaint was docketed by the Court on 12/12/01, i.e., (hereinafter a "Bivens" action).

Due to Kenney's penury, he had no other alternative,

- 1 -

<u>Plaintiff-Kenney's,</u>
<u>Opposition For A Stay</u>
<u>Page-Two</u>
<u>Monday, March 26, 2001</u>

<u>Procedural History Cont'd</u>

but to file his complaint <u>in forma pauperis</u> pursuant to the provisions of 28 USC 1915(b), dated 11/7/00. By Order, dated 12/22/00, the Court Granted Kenney leave to proceed in forma pauperis. (See Docket #2).

On 12/25/00, Kenney faithfully completed U.S. Marshal 285 forms. Summoning the Four-Defendants named in the Complaint, dated 11/28/00. Defendants were served accordingly. (See Ct. Docket #2. n. 1, dated 12/22/00) (reflecting all four-defendants being served).

On 12/25/00, Kenney had filed timely objection to U.S. Magistrate from hearing the instant case.

On 1/8/01, Kenney provided to the Court and the defendants a notice that he would be "temporarily" transferred out of the jurisdiction to attend a Psychological-Evaluation, per a Court Order issued by the Hon. Judge McClure, Jr., at case no. 4:CR-99-0280 (M.D. Pa.) (Psych Eval Order, dated 1/4/01). Shortly afterwards, Kenney was, indeed, transferred to U.S. Medical Ctr. For Federal prisoners, at Springfield, Missouri. Kenney arrived at Springfield on 1/18/01.

While at Springfield, Kenney on 1/30/01 forwarded to this Court of his temporary whereabouts.

Defendants on 2/26/01, had filed a motion to stay the proceedings, while Kenney was undergoing his psychological-evaluation still at Springfield.

On Monday, March 12, 2001, via Marshal's Serv. Kenney had arrived back to his place of confinement at USP-Allenwood, White Deer, PA.

-2-

<u>Plaintiff-Kenney's,</u>
<u>Opposition For A Stay</u>
<u>Page-Three</u>
<u>Monday, March 26, 2001</u>

In a separate brief in support of Kenney's opposition Pro Se Motion, Kenney lists (10) ten factors why Defendants should be denied a stay in the proceedings. As a result, Kenney hereby asserts that the Defendants' motion for a stay, dated 2/26/01, should be denied with prejudice.

Respectfully, submitted + requested,

Kenney # 05238-041

By: Mr. John Charles Kenney, pro se
Register No. 05238-041
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000

Phone: (570) 547-0963, ext. 6620

Dated: March 26, 2001

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY, Plaintiff, | Civ. No. 1:CV-00-2143 |
| v. | (Hon. Judge Rambo, presiding) |
| JAKE MENDEZ, Warden, et al., Defendants. | |

### CERTIFICATE OF SERVICE

Plaintiff-Kenney hereby certifies that he is the plaintiff in the above captioned case, whom on Monday, March 26, 2001, served a true carbon copy of a (3) three page handwritten pro se motion in opposition to Defendants' stay motion. And that the opposing party was in fact served on this same day.

Addressee:

Mr. Dulce Donovan
Assistant U.S. Attorney
316 Federal Building
240 West Third Street
Williamsport PA 17703

By placing said copy in a postpaid envelope addressed to the person above, by mailing said envelope and its contents in the U.S. Mail.

Kenney #05238-041
, pro se