ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY, Plaintiff, | Civil No. 1:CV-00-2143 |
| v. | (Hon. Judge Rambo, presiding) |
| JAKE MENDEZ, Warden, et al., Defendants. | FILED SCRANTON APR 02 2001 PER ____ DEPUTY CLERK |

## PRO SE PLAINTIFF'S NOTICE OF APPEAL FROM STAYING THE CASE

COMES NOW PLAINTIFF, John Charles Kenney, acting pro se in the above captioned civil case. Plaintiff-Kenney today on Wednesday, March 28, 2001, received an Order from Magistrate Blewitt (single document) granting the Defendants above a lengthy stay, to stay the instant case, absent reasons why. Additionally, Kenney was never given the opportunity to respond to Defendants' stay-motion, until his recent return back to the jurisdiction on 3/12/01. Moreover, Kenney had not received his personal-property, which contains his legal-materials, i.e., the instant case file, until 3/23/01. As a result, Kenney hereby wishes to appeal the grant of a stay. Kenney also on 3/26/01 filed a pro se motion in opposition. For the reasons contained in Kenney's pro se motion and brief in support. That Kenney hereby appeals.

Dated: 3/28/01

Kenney #05238-041
Mr. John Charles Kenney, pro se

Mr. John Charles Kenney
Register No. 05238-041
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000

Case No. 1:CV-00-2143

## Cover Letter

Wednesday, March 28, 2001

Dear, Ms. M.E. D'Andrea: (Clerk Of Court)

RE: John Charles Kenney v. Jake Mendez, et al.

In re: Plaintiff's "Notice OF Appeal"

Please find (enclosed) my Pro se Notice Of Appeal. (appropriate copies enclosed). Please be advised that opposing parties, Defendants' representative, Mr. Donovan was served with a copy of this Notice, also today. Today, I had received a single document from this Court reflecting that a stay has been granted, dated 3/19/01. The correspondence was pre-opened. As a result, was there any other materials, absent from the Order, dated 3/19/01? If so with you, please forward them to me. Also, with you please forward me an updated docket sheet for this case. Thank you in advance.

Respectfully submitted & requested,

Kenney # 05238-041

cc: jck

Mr. John Charles Kenney, pro se
Register No. 05238-041
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000
Ph. (570) 547-0963, ext. 6630.