# WAIVER OF SERVICE OF SUMMONS

TO: **John Charles Kenney**
(Name of plaintiff's attorney of pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of **Kenney** vs **Mendez**, which is case number **CV-00-2143** in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **March 27, 2001** (date request was sent), or within 90 days after that date if the request was sent outside the United States.

**4-2-01**
DATE

SIGNATURE

Printed/typed name: **Jesus (Jesse) W. Gonzalez**

Title if any: **Executive Assistant**

Address of Person signing: **U.S.P. Atwater**
**# Federal Way**
**P.O. Box 019000, Atwater, CA. 95301**

Party you represent: _____

FILED
SCRANTON
APR 10 2001
PER _____
DEPUTY CLERK