IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ORIGINAL**

| | |
|---|---|
| JOHN CHARLES KENNEY, | Civ. No. 1:CV-00-2143 |
| Plaintiff, | |
| v. | (Hon. Judge Rambo, presiding) |
| JAKE MENDEZ, Warden, et al., | |
| Defendants. | |

FILED
HARRISBURG, PA
APR 09 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

PRO SE NOTICE OF APPEAL TO U.S. DISTRICT COURT

NOW COMES PLAINTIFF, John Charles Kenney, acting pro se in the above captioned civil proceeding. Kenney hereby wishes to Appeal a recent ruling from a U.S. Magistrate Judge Blewitt, Scranton Civil Division. That on Wednesday, March 28, 2001, Kenney received a single document reflecting that Defendants were granted a stay by Mag. Blewitt to stay the case. Kenney on 3/27/01 had filed in opposition to defendants stay-motion, dated 3/26/01. Kenney's pro se motion was supported by a brief, and was filed in this Court on 3/27/01. As a result, Kenney hereby appeals pursuant to 28 U.S.C.A. 636(c)(4), and Civ. R. 73(d). Basis for Kenney's appeal are contained in his motion to this Honorable Court, dated 3/27/01.

Dated: 4/4/01

Respectfully submitted,

Kenney #05238-041
Mr. John Charles Kenney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# ORIGINAL

| | |
|---|---|
| JOHN CHARLES KENNEY,<br>Plaintiff, | Civ. No. 1:CV-00-2143 |
| v. | (Hon. Judge Rambo, presiding) |
| JAKE MENDEZ, Warden, et al.,<br>Defendants. | FILED<br>HARRISBURG, PA<br>APR 09 2001<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

### PROOF OF SERVICE BY AN INCARCERATED LITIGANT

I, John Charles Kenney certifies that on Wednesday, March 4, 2001, I forwarded a true and correct carbon copy of a Pro se Notice Of Appeal to the below party pursant to the provisions of 28 U.S.C.A. 636(c)(4), and Civ. R. 73(d). Further, I certify that said document was placed in a postpaid envelope addressed to the below named party. I given this correspondence to prison officials to mail pursuant to Houston v. Lack, 487 U.S. 266, 271 (1988).

ADDRESSEE:   Mr. Dulce Donovan
                        Assistant U.S. Attorney
                        Civil Division
                        Federal Building, Ste. 316
                        240 West Third Street
                        Williamsport PA 17701-6465

Respectfully submitted,

Kenney #05238-041

Dated: 4/4/01