(24)
4-17-(
MH

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JOHN CHARLES KENNEY,** : CIVIL NO. 1:CV-00-2143

    **Plaintiff**

    v.

**JAKE MENDEZ, Warden, et al.,**

    **Defendants**

**ORDER**

FILED
HARRISBURG, PA
APR 13 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

    Before the court is an appeal by Plaintiff from the March 19, 2001, order of the magistrate judge granting a stay of the captioned action. This court has reviewed Defendants' motion to stay, the supporting brief, Plaintiff's opposing response and brief and the order of the magistrate judge. Upon consideration thereof, IT IS HEREBY ORDERED THAT the magistrate judge's order granting the stay is affirmed in part and reversed in part:

    1) Defendants' motion to stay is granted; the duration of the stay is until further order of court.

    2) Defendants shall notify the court of the date of the conclusion of the criminal trial of Plaintiff in United States v. Kenney, No. 4:CR-99-280 (M.D. Pa.).

    3) Plaintiff shall not be removed from this jurisdiction until the captioned action is terminated.

SYLVIA H. RAMBO
United States District Judge

Dated: April 13, 2001.

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                              April 12, 2001


Re:  1:00-cv-02143    Kenney v. Mendez



True and correct copies of the attached were mailed by the clerk
to the following:


     John Charles Kenney
     U.S. Medical Center for Federal Prisoners
     05238-041
     1900 W. Sunshine
     P.O. Box 4000
     Springfield, MO  65801-4000

     Dulce Donovan, Esq.
     U.S. Attorney's Office
     228 Walnut Street
     P.O. Box 11754
     Harrisburg, PA  17108




cc:
Judge                          (X ) Rambo         ( ) Pro Se Law Clerk
Magistrate Judge               (X ) Blewitt       ( ) INS
U.S. Marshal                   (X )               ( ) Jury Clerk
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            (  )
Order to Show Cause            (  ) with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen   ( )
                                        DA of County ( )   Respondents   ( )
Bankruptcy Court               (  )
Other_____    (  )
                                                  MARY E. D'ANDREA, Clerk
```

DATE: April 13th, 2001                    BY: _____
                                              Deputy Clerk