IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY, | CIVIL ACTION NO. **1:CV-00-2143** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Blewitt) |
| JAKE MENDEZ, Warden, et al., | |
| Defendants | |

**FILED SCRANTON MAY 1 2001**

## ORDER

AND NOW, this 1st day of **May, 2001, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Appointment of Counsel **(Doc. 25)** is **DENIED**. It is noted that the case is presently stayed.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: May 1, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 2, 2001

Re:   1:00-cv-02143    Kenney v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

John Charles Kenney
U.S. Medical Center for Federal Prisoners
05238-041
1900 W. Sunshine
P.O. Box 4000
Springfield, MO  65801-4000

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108

```
cc:
Judge                          ( )           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____          ( )
```

MARY E. D'ANDREA, Clerk

5/2/01