2c. Judge Rambo

28
5/18/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ORIGINAL

JOHN CHARLES KENNEY,
Plaintiff,

v.

JAKE MENDEZ, Warden, et al.,
Defendants.

Civil No. 1:CV-00-2143

Hon. Judge Rambo, (presiding)

Magistrate Judge Blewitt

FILED
HARRISBURG
MAY 17 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## PRO SE PLAINTIFF'S NOTICE OF APPEAL FROM A U.S. MAGISTRATE DECISION PURSUANT TO THE PROVISIONS OF 28 USC 636(C)(4) AND RULE 73(d)

COMES NOW PLAINTIFF, John Charles Kenney, acting pro se in the above captioned civil case. Kenney on 4/26/01 had filed a (5) five-page PRO SE MOTION FOR THE APPOINTMENT OF COUNSEL TO CONDUCT CIVIL PROCEEDINGS PURSUANT TO 28 USC 1915(e)(1), along with supporting Exhibits A-1, A-2, A-3, ← A-4, dated 4/23/01. Today on Monday, May 14, 2001, Kenney had received an ORDER, dated 5/1/01 (Mag. Blewitt) denying Kenney's motion for appointment of counsel, absent reasons why. In spite, of this case being temporarily stayed, it does not change the circumstances of Kenney's "obvious need" for representation in the instant case. Therefore, for all the relevant reasons contained in Kenney's Motion For Counsel. That, Kenney hereby appeals.

Dated: 5/14/01

Kenney #05238-041
Mr. John Charles Kenney, pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,  : Civil No. 1:CV-00-2143
    Plaintiff,              : Hon. Judge Rambo, (presiding)
                            :
        v.                  : Magistrate Judge Blewitt
                            :
JAKE MENDEZ, Warden, et al.,:

CERTIFICATE OF SERVICE BY AN INCARCERATED
CIVIL LITIGANT

I, John Charles Kenney, plaintiff acting pro se hereby certifies that on Monday, May 14, 2001. I mailed a true carbon-copy of a Pro Se Notice Of Appeal, pursuant to the provisions of 28 USC 636(c)(4) AND Rule 73(d) to Defendants' representative. That this single page appeal was placed in a postpaid sealed envelope, addressed to Defendants' representative below:

Honorable Donovan
U.S. Attorney's Office
Federal Building, Suite 316
240 West Third Street
Williamsport PA 17701-6465

Further, I certify that this material was handed to prison officials for forwarding pursuant to the dictate of Houston v. Lack, 487 U.S. 266, 270-76 (1988).

Dated: 5/14/01

Kenney #05238-071
Mr. John Charles Kenney, pro se