29
5-21-01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN CHARLES KENNEY,** | : | CIVIL NO. 1:CV-00-2143 |
| Plaintiff | : | |
| v. | : | FILED |
| | : | HARRISBURG, PA |
| **JAKE MENDEZ, Warden, et al.,** | : | MAY 21 2001 |
| Defendants | : | MARY E. D'ANDREA, CLERK |
| | | Per _____ Deputy Clerk |

O R D E R

Before the court is an appeal by Plaintiff from the May 1, 2001, order of the magistrate judge denying Plaintiff appointment of counsel in the captioned action. On April 13, 2001, this court affirmed in part the magistrate judge's order staying this civil proceeding pending resolution of a criminal proceeding arising out of the events alleged in this civil action.

The magistrate judge denied Plaintiff's request for appointment of counsel because of the stay order. This order is appropriate because the outcome of the criminal proceedings may impact on Plaintiff's ability to proceeding on his civil claims.

**IT IS THEREFORE ORDERED THAT** the magistrate judge's order dated May 1, 2001, which denied Plaintiff's motion for appointment of counsel, is affirmed without prejudice to Plaintiff to renew the motion at a later time.

SYLVIA H. RAMBO
United States District Judge

Dated: May 21, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

May 21, 2001

Re: 1:00-cv-02143    Kenney v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

John Charles Kenney
U.S. Medical Center for Federal Prisoners
05238-041
1900 W. Sunshine
P.O. Box 4000
Springfield, MO  65801-4000

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108

```
cc:
Judge                        (X) Rambo              ( ) Pro Se Law Clerk
Magistrate Judge             (X) Blewitt            ( ) INS
U.S. Marshal                 ( )                    ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen ( )    PA Atty Gen ( )
                                      DA of County ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____     ( )
```

MARY E. D'ANDREA, Clerk

5/21/01

(29)
copy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN CHARLES KENNEY,** : | CIVIL NO. 1:CV-00-2143 |
| Plaintiff : | |
| v. : | **FILED** |
| **JAKE MENDEZ, Warden, et al.,** : | HARRISBURG, PA |
| Defendants : | MAY 2 1 2001 |
| | MARY E. D'ANDREA, CLERK |
| | Per _____ Deputy Clerk |

### ORDER

Before the court is an appeal by Plaintiff from the May 1, 2001, order of the magistrate judge denying Plaintiff appointment of counsel in the captioned action. On April 13, 2001, this court affirmed in part the magistrate judge's order staying this civil proceeding pending resolution of a criminal proceeding arising out of the events alleged in this civil action.

The magistrate judge denied Plaintiff's request for appointment of counsel because of the stay order. This order is appropriate because the outcome of the criminal proceedings may impact on Plaintiff's ability to proceeding on his civil claims.

**IT IS THEREFORE ORDERED THAT** the magistrate judge's order dated May 1, 2001, which denied Plaintiff's motion for appointment of counsel, is affirmed without prejudice to Plaintiff to renew the motion at a later time.

SYLVIA H. RAMBO
United States District Judge

Dated: May _21_, 2001.