MCC:DD:mel:2001V00126

30
6/5/01
KF

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY, :
        Plaintiff :
  :
    v. : Civil No. 1:CV-00-2143
  : (Rambo, J.)
JAKE MENDEZ; : (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ; :
JAMES "JIMMY" SCARBOROUGH; and :
KELLY M. KEISER, :
        Defendants :

FILED
WILLIAMSPORT, PA

JUN 4 2001

MARY E. D'ANDREA, CLERK
Per____KF____
     DEPUTY CLERK

### NOTICE TO THE COURT

    Defendants give notice to the Court that the criminal trial of plaintiff John Charles Kenney in <u>United States v. Kenney</u>, No. 4:CR-99-280 (M.D. Pa.) concluded on June 4, 2001.

                                Respectfully submitted,

                                MARTIN C. CARLSON
                                United States Attorney

                                */s/ Dulce Donovan*

                                DULCE DONOVAN
                                Assistant U.S. Attorney
                                MICHELE E. LINCALIS
                                Paralegal Specialist
                                316 Federal Building
                                240 West Third Street
                                Williamsport, PA 17703

Dated: June 4, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff

v.                           Civil No. 1:CV-00-2143
                             (Rambo, J.)
JAKE MENDEZ;                    (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
    Defendants

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That this 4th day of June, 2001, she served a copy of the attached

## NOTICE TO THE COURT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887

                                                        _/s/ Michele E. Lincalis_
                                                        MICHELE E. LINCALIS
                                                        Paralegal Specialist