31
dm
6-8-01

1:00 cv 2143

```
Fri Jun  8 15:16:18 2001

   UNITED STATES DISTRICT COURT
     SCRANTON      , PA

Receipt No.   333 83966
Cashier        rich

Tender Type   CHECK

Check Number: 2221 57966399

Transaction Type   AR

DØ Code    Div No     Acct
 4667        3       5100PL

Amount              $    16.00

JOHN KENNEY    USP ALLENWOOD

PARTIAL FILING FEE - CV-00-2143
```

FILED
SCRANTON

JUN 0 8 2001

PER ___dm___
   DEPUTY CLERK

```
cn
Fri Jun  8 15:16:18 2001

Check No. 2221 57966399
Amount$   16.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```