32) dm
7-25-01

```
Mon Jul 16 16:28:23 2001

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   333 84420
Cashier       sylviam

Tender Type  CHECK

Check Number: 08146164

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3      5100PL

Amount           $    8.00

US TREASURY

PARTIAL FF 00-2143 KEENEY



bn
Mon Jul 16 16:28:23 2001

Check No. 08146164
Amount$    8.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

FILED
SCRANTON

JUL 2 5 2001

PER _____ dm
       DEPUTY CLERK

1:00 CV 2143