33 am
8-6-01

PAYMENT IDENTIFICATION DATA

Mon Aug 6 13:52:24 2001

UNITED STATES DISTRICT COURT
SCRANTON, PA

Receipt No.   333 84695
Cashier       rich

Tender Type   CHECK

Check Number: 2221 58533125

Transaction Type  AR

DO Code   Div No   Acct
4667      3        5100PL

Amount    $    2.00

JOHN KENNEY USP ALLENWOOD 05238041

PARTIAL FILING FEE 00-CV-2143

**FILED
SCRANTON**

cn    AUG - 6 2001

Mon Aug 6 13:52:24 2001
Check No. 2221 58533125    PGB
Amount: 2.00              DEPUTY CLERK
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

1:00 cv 2143