COPY

FILED SCRANTON
AUG 24 2001
PER /dm/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
  Plaintiff,

v.

JAKE MENDEZ, Warden, et al.,
  Defendants.

Civil No. 1:CV-00-2143
(Honorable Judge Rambo)
(U.S. Magistrate Blewitt)

## PRO SE PLAINTIFF'S MOTION TO CORRECT HIS ADDRESS AND TO STAMP INCOMING CORRESPONDENCE

NOW COMES PLAINTIFF, John Charles Kenney, acting pro se in the above captioned civil proceeding. Kenney on 3/12/01 had returned back to his place of confinement. Therefore, Kenney's current address is:

> Mr. John Charles Kenney
> Register No. 05238-041
> Allenwood USP
> Post Office Box 3000
> White Deer PA 17887-3000
> Ph. (570) 547-0963, ext. 8630

As a result, Kenney moves the Court to correct his address to that above. Kenney also moves the Court to "STAMP" all of his incoming correspondence from this Court with <u>OPEN ONLY PRESENCE OF THE INMATE</u>. Failure to consider these requests could result in substantial prejudice to Kenney, because it will allow defendants to examine and/or read his court-correspondence before he receives it.

WHEREFORE, the Court shall consider granting the above Motion, and issue an ORDER for such.

<u>Mot. To Correct Address</u>

By:

Respectfully submitted ~ requested,

Kenney # 05238-041

---

Mr. John Charles Kenney, pro se
Register No. 05238-041
Allenwood USP
Post Office Box 3000
White Deer PA 17887-3000

Ph. (570) 547-0963, ext. 6630

Dated: August 21, 2001

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff,

    v.

JAKE MENDEZ, Warden, et al.,
    Defendants.

Civil No. 1:CV-00-2143
(Honorable Judge Rambo)
(Magistrate Blewitt)

### CERTIFICATE OF SERVICE BY PRO SE PLAINTIFF

I, John Charles Kenney, pro se plaintiff hereby certify that on August 21, 2001, I forwarded a true carbon-copy of a Motion To Correct Address, and to the Court TO STAMP on all incoming correspondence with OPEN ONLY IN THE PRESENCE OF THE INMATE. By placing said contents in prepaid envelope, addressed to Defendants' representative below:

    The Honorable Donovan
    U.S. Attorney's Office
    Federal Building, Ste. 316
    240 West Third Street
    Williamsport PA 17701-6465

By:

_Kenney # 05238-041_

Mr. John Charles Kenney
Register No. 05238-041