MCC:MCF:mel:2001V00126

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY,<br>    Plaintiff<br><br>  v.<br><br>JAKE MENDEZ;<br>JESUS "JESSE" GONZALEZ;<br>JAMES "JIMMY" SCARBOROUGH; and<br>KELLY M. KEISER,<br>    Defendants | Civil No. 1:CV-00-2143<br>(Rambo, J.)<br>(Blewitt, M.J.)<br><br>FILED<br>WILLIAMSPORT, PA<br><br>AUG 2 4 2001<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>     DEPUTY CLERK |

**PRAECIPE TO SUBSTITUTE COUNSEL**

To the Clerk of the District Court:

Please enter the appearance of Mary Catherine Frye, Chief of the Civil Division for the Middle District of Pennsylvania, Williamsport, Pennsylvania, and substitute her as counsel for respondent in place of Dulce Donovan, Assistant United States Attorney.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

*Mary Catherine Frye*

MARY CATHERINE FRYE
Chief, Civil Division
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Date: August 24, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff

    v.    :  Civil No. 1:CV-00-2143
    :  (Rambo, J.)
JAKE MENDEZ;  :  (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
    Defendants

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 24th day of August, 2001, she served a copy of the attached

### PRAECIPE TO SUBSTITUTE COUNSEL

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887

_Michele E. Lincalis_
MICHELE E. LINCALIS
Paralegal Specialist