MCC:MCF:mel:2001V00126

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff

v.      : Civil No. 1:CV-00-2143
     : (Rambo, J.)
JAKE MENDEZ;      : (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
    Defendants

FILED
WILLIAMSPORT, PA
AUG 2 4 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

### DEFENDANTS' MOTION TO TRANSFER CASE TO JUDGE McCLURE

Defendants ask the Court to transfer the present case to the Honorable James F. McClure, Jr., who recently presided over a jury trial in a criminal companion case against plaintiff. A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5. Counsel certifies that she has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

    Respectfully submitted,

    MARTIN C. CARLSON
    United States Attorney

    MARY CATHERINE FRYE
    Chief, Civil Division
    MICHELE E. LINCALIS
    Paralegal Specialist
    316 Federal Building
    240 West Third Street
    Williamsport, PA 17703

Date: August 24, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff

v.

JAKE MENDEZ;
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
    Defendants

Civil No. 1:CV-00-2143
(Rambo, J.)
(Blewitt, M.J.)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 24th day of August, 2001, she served a copy of the attached

### DEFENDANTS' MOTION TO TRANSFER CASE TO JUDGE McCLURE

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887

_/s/ Michele E. Lincalis_
MICHELE E. LINCALIS
Paralegal Specialist

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
      Plaintiff

v.

JAKE MENDEZ;
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
      Defendants

Civil No. 1:CV-00-2143
(Rambo, J.)
(Blewitt, M.J.)

## O R D E R

**NOW**, this _____ day of _____, 2001, upon consideration of Defendants' Motion to Transfer Case to Judge McClure, **IT IS HEREBY ORDERED THAT** the motion is granted. This case is transferred to the Honorable James F. McClure, Jr., who recently presided over the criminal companion case of <u>United States of America v. John C. Kenney</u>, Crim. No. 4:CR-99-280.

SYLVIA H. RAMBO
United States District Judge