ORIGINAL

(40)
8/29/01
TS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff      :  No. 1:CV-00-2143
                                     :  (Rambo, J.)
    v.                     :  (Blewitt, M.J.)

JAKE MENDEZ, Warden, et al.,
    Defendants

**O R D E R**

NOW, this 29th day of August, 2001, upon consideration of defendants' motion for enlargement of time in which to comply with the Court's August 10, 2001, Order, IT IS HEREBY ORDERED that the motion is granted. Defendants shall file a responsive pleading by September 7, 2001.

THOMAS M. BLEWITT
United States Magistrate Judge

FILED
SCRANTON

AUG 29 2001

PER _____ DEPUTY CLERK

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                     August 29, 2001


Re:  1:00-cv-02143    Kenney v. Mendez


True and correct copies of the attached were mailed by the clerk
to the following:


     John Charles Kenney
     USP-ALLENWOOD
     Maximum Security Correct. Inst.
     05238-041
     P.O. Box 3000
     White Deer, PA  17887

     Mary Catherine Frye, Esq.
     Office of the US Attorney
     316 Federal Building
     240 West Third Street
     Williamsport, PA  17703



cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____     ( )
                                              MARY E. D'ANDREA, Clerk
```

DATE: __8/29/01__          BY: __TS__
                               Deputy Clerk