FILED
WILLIAMSPORT, PA

RECEIVED
SEP - 4 2001

James F. McClure Jr.
U.S. District Judge

MARY E. D'ANDREA, CLERK
per /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff,

v.

JAKE MENDEZ, Warden, et al.,
    Defendants.

Civil No. 1:CV-00-2143
(Hon. Judge Rambo, presiding)
(Magistrate Blewitt)

**PRO SE PLAINTIFF'S OPPOSITION MOTION FROM TRANSFER-RING HIS CIVIL CASE TO SAME CRIMINAL COURT**

Pro se/Plaintiff, John Charles Kenney, hereby files a timely "OPPOSITION-MOTION." Kenney wishes that his Civil case, <u>not be transferred</u> for all the relevant reasons contained in his Supporting-Brief, supporting this Motion, which was filed and forwarded on date of the instant Motion. Additionally, this Opposition Motion, along with its Brief In Support is in full compliance with the Local Rules of this Honorable Court. (See LR 7.2. and 7.5.). As a result, Kenney respectfully request that the above captioned action, not be transferred from the Honorable Judge Rambo.

Respectfully submitted and requested,

Kenney #05238-041

Dated: 8/29/01

Mr. John Charles Kenney, plaintiff
Registration Number 05238-041
Allenwood U.S. Penitentiary
Post Office Box 3000
White Deer, Pennsylvania 17887-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,  :  Civil No. 1:CV-00-2143
 Plaintiff,  :
         :  (Honorable Judge Rambo)
  v.  :
         :  (Magistrate Blewitt)
JAKE MENDEZ, Warden et al,  :
 Defendants.  :

## CERTIFICATE OF SERVICE BY AN INCARCERATED LITIGANT

I, John Charles Kenney, plaintiff, acting pro se hereby certify that on a late Wednesday, August 29, 2001, pursuant to LA 7.2. I forwarded a true carbon-copy of an "OPPOSITION-MOTION" from transferring my civil case. By placing said contents in a postpaid first class, pre-addressed envelope mailed to the parties below:

 Honorable Judge McClure, Jr.
 Senior District Court Judge
 U.S. District Courthouse
 240 West Third Street Ste 218
 Williamsport PA 17701-6460

 The Honorable Frye
 U.S. Attorney's Office
 Federal Building Ste 316
 240 West Third Street
 Williamsport PA 17701-6465

 Honorable Judge Rambo
 U.S. District Court Judge
 Federal Building
 228 Walnut Street
 P.O. Box 983
 Harrisburg PA 17108-0983

          Kenney #05238-041
         Mr. John Charles Kenney, pro se