43
9/7/01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN CHARLES KENNEY,** | **CIVIL NO. 1:CV-00-2143** |
| **Plaintiff** | |
| v. | **FILED**<br>HARRISBURG, PA |
| **JAKE MENDEZ, Warden, et al.,** | SEP 07 2001 |
| **Defendants** | MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |

**ORDER**

**IT IS HEREBY ORDERED THAT:**

1) Defendants' motion to transfer assignment of the captioned action from the undersigned judge to Judge McClure is **GRANTED**. This case is transferred because it is directly related to a criminal case before Judge McClure numbered 4:CR-99-280.

2) The captioned action may remain referred to Magistrate Judge Blewitt.

3) The Clerk of Court shall note the reassignment on the docket of this action and adjust the assignments accordingly.

SYLVIA H. RAMBO
United States District Judge

Dated: September 7, 2001.

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *
```

Re:   1:00-cv-02143      Kenney v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

```
     John Charles Kenney, #05238-041
     USP-ALLENWOOD
     Maximum Security Correct. Inst.
     P.O. Box 3000
     White Deer, PA  17887

     Mary Catherine Frye, Esq.
     Office of the US Attorney
     316 Federal Building
     240 West Third Street
     Williamsport, PA  17703
```

```
cc:
Judge                        (X)  Rambo & McClure    ( ) Pro Se Law Clerk
Magistrate Judge             (X)  Blewitt            ( ) INS
U.S. Marshal                 ( )                     ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen   ( )  PA Atty Gen  ( )
                                      DA of County  ( )  Respondents  ( )
Bankruptcy Court             ( )
Other _____ ( )
                                                       MARY E. D'ANDREA, Clerk

DATE: September 7th, 2001                    BY: _____
                                                      Deputy Clerk
```