MCC:MCF:mel:2001V00126

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY, :
      Plaintiff :
       :
    v. : Civil No.  1:CV-00-2143
       : (Rambo, J.)
JAKE MENDEZ; : (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ; :
JAMES "JIMMY" SCARBOROUGH; and :
KELLY M. KEISER, :
      Defendants :

FILED
WILLIAMSPORT, PA

SEP - 7 2001

MARY E. D'ANDREA, CLERK
Per KF
      DEPUTY CLERK

## ANSWER

Defendants Mendez, Gonzalez, Scarborough, and Keiser, by their counsel, hereby submit the following answer to plaintiff's complaint:

### I.  Previous Lawsuits

A.  ADMITTED to the extent this paragraph purports to state plaintiff's prior lawsuits; otherwise, if deemed factual, defendants lack sufficient knowledge or information to form a response to this averment.

### II.  Exhaustion of Administrative Remedies

    A.  ADMITTED.

    B.  ADMITTED.

    C.  DENIED.

### III. Defendants

A. ADMITTED to the extent that plaintiff purports to identify a defendant.

B. ADMITTED to the extent that plaintiff purports to identify defendants.

### IV. Statement of Claim

1. DENIED.

2. DENIED.

3. DENIED.

### V. Relief

1. ADMITTED to the extent this paragraph purports to state the relief plaintiff seeks; to the extent deemed factual, however, DENIED.

2. ADMITTED to the extent this paragraph purports to state the relief plaintiff seeks; to the extent deemed factual, however, DENIED.

3. ADMITTED to the extent this paragraph purports to state the relief plaintiff seeks; to the extent deemed factual, however, DENIED.

### FIRST DEFENSE

This action is barred, in whole or in part, due to plaintiff's failure to exhaust all available administrative remedies.

**SECOND DEFENSE**

The complaint, in whole or in part, fails to state a claim.

**THIRD DEFENSE**

Defendants are entitled to qualified immunity.

Wherefore, defendants request this Court to enter judgment in their favor and against plaintiff.

                                    Respectfully submitted,

                                    MARTIN C. CARLSON
                                    United States Attorney

                                    */s/ Mary Catherine Frye*

                                    MARY CATHERINE FRYE
                                    Chief, Civil Division
                                    MICHELE LINCALIS
                                    Paralegal Specialist
                                    316 Federal Building
                                    240 West Third Street
                                    Williamsport, PA  17701-6465

Date: September 7, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY,<br>　　　　Plaintiff<br><br>　　　　v.<br><br>JAKE MENDEZ;<br>JESUS "JESSE" GONZALEZ;<br>JAMES "JIMMY" SCARBOROUGH; and<br>KELLY M. KEISER,<br>　　　　Defendants | :<br>:<br>:<br>:  Civil No.  1:CV-00-2143<br>:  (Rambo, J.)<br>:  (Blewitt, M.J.)<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

　　That this 7th day of September, 2001, she served a copy of the attached

### ANSWER

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887

　　　　　　　　　　　　　　　　　　　_/s/ Michele E. Lincalis_
　　　　　　　　　　　　　　　　　　　MICHELE E. LINCALIS
　　　　　　　　　　　　　　　　　　　Paralegal Specialist