FILED
WILLIAMSPORT, PA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEP 24 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

JOHN CHARLES KENNEY,
    Plaintiff,

v.

JAKE MENDEZ, Warden, et al.,
    Defendants.

Civil No. 1:CV-00-2143
(Hon. Judge McClure, Jr.)
(Magistrate Blewitt)

RENEWAL MOTION FOR THE APPOINTMENT OF COUNSEL PURSUANT TO 28 USC 1915(e)(1) TO CONDUCT CIVIL PROCEEDINGS FOR INDIGENT PRO SE PLAINTIFF

Plaintiff, John Charles Kenney, currently acting pro se hereby files a "renewed" Motion For Appointment of Counsel. Prematurely, Kenney on April 26, 2001 had previously sought appointed counsel. Magistrate Blewitt by ORDER, dated May 1, 2001 had denied Kenney counsel, noting that [this] case was stayed, until the conclusion of Kenney's Crim. Trial. Kenney timely appealed on May 15, 2001. Hon. Judge Rambo on May 21, 2001 ORDERED THAT ... Plaintiff's motion for counsel, is affirmed without prejudice to Plaintiff to renew the motion at a later time. For the reasons contained in the Supporting Brief, and its amendment. (See Att. (1, 2, and 3). That, Kenney ripely files the instant motion seeking an Order from this Honorable Court

<u>Renewal Motion App. Counsel</u>
<u>Page-Two</u>
<u>Monday, September 17, 2001</u>

Civ. No. <u>1:CV-00-2143</u>

to appoint him counsel in order to assist Kenney in preparation to adequately respond to the Defendants' recent motion of 9/7/01, and all other responses due thereof; respectfully.

Respectfully requested,

Kenney # 05238-041

Mr. John Charles Kenney, pro se
Register No. 05238-041
Allenwood USP
Post Office Box 3000
White Deer PA 17887-3000

Ph. (570) 547-0963, isolation ext. 6630

Dated: September 17, 2001

2