September 17, 2001

Certificate Of Service No. 

A.C.Z.

FILED
WILLIAMSPORT, PA
SEP 24 2001
MARY E. D'ANDREA, CLERK
Per_____ 
DEPUTY CLERK

I, John Charles Kenney, plaintiff acting pro se in John Charles Kenney v. Jake Mendez, Warden, et al, Civil Case No. 1:CV-00-2143 hereby certify that on September 7, 2001 by Court ORDER that Defendants, named above had filed answers to a civil-rights complaint, which I previously filed on December 22, 2000. As a result, I "strenuously" attempted to adequately respond timely, but was interrupted for (6) six-days. I am in an isolation-segregation cell behind a 400 pound solid steel door. I must rely on Allenwood Prison Officials to copy (photocopy) documents for me, which is unpredictable, because I am suing the above named defendant. Therefore, the documents I forwarded to be copied on 9/11/01 was withheld for six-days. (See Attachment Two)(reflecting). That, today Monday, September 17, 2001, I received the copies. Additionally, as I am indigent. I am unable to provide opposing counsel copies, because I cannot afford postage at this time. As a result, I was only able to provide some originals, and copies to the Court only — in order to avoid any procedural defaults, and preserve my rights in this proceeding.

(28 USC 1746)

Kenney #05238-041

Mr. John Charles Kenney