MCC:JJT:mel:2001V00126

○49
9/27/01
KF

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHARLES KENNEY, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | Civil No.  1:CV-00-2143 |
| | : | (McClure, J.) |
| JAKE MENDEZ; | : | (Blewitt, M.J.) |
| JESUS "JESSE" GONZALEZ; | : | |
| JAMES "JIMMY" SCARBOROUGH; and | : | |
| KELLY M. KEISER, | : | |
|     Defendants | : | |

FILED
WILLIAMSPORT, PA

SEP 27 2001

MARY E. D'ANDREA, CLERK
Per_____KF_____
DEPUTY CLERK

**MOTION FOR LEAVE TO DEPOSE PLAINTIFF
PURSUANT TO FED. R. CIV. P. 30(a)(2)**

    Defendants Mendez, Gonzalez, Scarborough, and Keiser, ask the Court for leave to take plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2) as the plaintiff is confined in prison. A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

    Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

*Joseph J. Terz*
JOSEPH J. TERZ
Assistant U.S. Attorney
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA  17703

Date: September 27, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff

v.

JAKE MENDEZ;
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
    Defendants

Civil No. 1:CV-00-2143
(Rambo, J.)
(Blewitt, M.J.)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 27, day of September, 2001, she served a copy of the attached

**MOTION FOR LEAVE TO DEPOSE PLAINTIFF
PURSUANT TO FED. R. CIV. P. 30(a)(2)**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887

_____
MICHELE E. LINCALIS
Paralegal Specialist

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA
```

JOHN CHARLES KENNEY,           :
        Plaintiff      :
                       :
    v.                        :  Civil No. 1:CV-00-2143
                       :  (McClure, J.)
JAKE MENDEZ;                   :  (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;        :
JAMES "JIMMY" SCARBOROUGH; and :
KELLY M. KEISER,               :
        Defendants     :

### O R D E R

**AND NOW**, this _____ day of _____, 2001, upon consideration of defendants' motion to depose the inmate plaintiff pursuant to Fed. R. Civ. P. 30(a)(2), **IT IS HEREBY ORDERED THAT** the motion is granted. Defendants, by their counsel, may take the deposition of plaintiff, John Charles Kenney, at a place and time suitable to the Bureau of Prisons.

 

                                                        _____
                                                        THOMAS M. BLEWITT
                                                       United States Magistrate Judge