MCC:JJT:mel:2001V00126

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff

v.

JAKE MENDEZ;
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
    Defendants

Civil No. 1:CV-00-2143
(McClure, J.)
(Blewitt, M.J.)

FILED
WILLIAMSPORT, PA

SEP 2 7 2001

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**PRAECIPE TO SUBSTITUTE COUNSEL**

To the Clerk of the District Court:

    Please enter the appearance of Joseph J. Terz, Assistant U.S. Attorney, Middle District of Pennsylvania, Williamsport, Pennsylvania, and substitute him as counsel for defendants in place of Mary Catherine Frye, Chief of the Civil Division.

    Respectfully submitted,

    MARTIN C. CARLSON
    United States Attorney

    JOSEPH J. TERZ
    Assistant U.S. Attorney
    MICHELE E. LINCALIS
    Paralegal Specialist
    316 Federal Building
    240 West Third Street
    Williamsport, PA  17703

Date: September 27, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
      Plaintiff

    v.                    Civil No. 1:CV-00-2143
                        (Rambo, J.)
JAKE MENDEZ;             (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
      Defendants

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 27th day of September, 2001, she served a copy of the attached

### PRAECIPE TO SUBSTITUTE COUNSEL

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887

*Michele E. Lincalis*
MICHELE E. LINCALIS
Paralegal Specialist