UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff

v.

JAKE MENDEZ;
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
    Defendants

Civil No. 1:CV-00-2143
(McClure, J.)
(Blewitt, M.J.)

## O R D E R

**AND NOW**, this 4th day of October, 2001, upon consideration of defendants' motion to depose the inmate plaintiff pursuant to Fed. R. Civ. P. 30(a)(2), **IT IS HEREBY ORDERED THAT** the motion is granted. Defendants, by their counsel, may take the deposition of plaintiff, John Charles Kenney, at a place and time suitable to the Bureau of Prisons.

THOMAS M. BLEWITT
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 4, 2001

Re:  1:00-cv-02143    Kenney v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

John Charles Kenney
USP-ALLENWOOD
Maximum Security Correct. Inst.
05238-041
P.O. Box 3000
White Deer, PA  17887

Joseph J. Terz, Esq.
Office of the US Attorney
316 Federal Building
240 West Third Street
Williamsport, PA  17703

*Ref copy to Warden*

cc:
| | | | |
|---|---|---|---|
| Judge | ( ) | ( ) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )    Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to:  US Atty Gen ( )    PA Atty Gen ( ) DA of County ( )    Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other_____ | ( ) | | |

MARY E. D'ANDREA, Clerk

*JB 10/4/01*