IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHARLES KENNEY, | : | CIVIL ACTION NO. **1:CV-00-2143** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Blewitt) |
| JAKE MENDEZ, Warden, et al., | : | FILED SCRANTON |
| Defendants | : | OCT 4 2001 |

### ORDER

AND NOW, this 4th day of **October, 2001, IT IS HEREBY ORDERED THAT** the following case management deadlines are established in the above-captioned action:

1. **Discovery.** All discovery shall be complete by **January 15, 2002.**

2. **Case Dispositive Motions.** All case dispositive motions shall be filed by **February 15, 2002.**

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: October 4, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 4, 2001

Re: 1:00-cv-02143    Kenney v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

John Charles Kenney
USP-ALLENWOOD
Maximum Security Correct. Inst.
05238-041
P.O. Box 3000
White Deer, PA  17887

Joseph J. Terz, Esq.
Office of the US Attorney
316 Federal Building
240 West Third Street
Williamsport, PA  17703

```
cc:
Judge                          ( )               ( ) Pro Se Law Clerk
Magistrate Judge               ( )               ( ) INS
U.S. Marshal                   ( )               ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other _____      ( )
```

MARY E. D'ANDREA, Clerk

10/4/01