IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHARLES KENNEY, | : | CIVIL ACTION NO. **1:CV-00-2143** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Blewitt) |
| JAKE MENDEZ, Warden, et al., | : | |
| Defendants | : | |

FILED
SCRANTON

OCT 4 2001

PER _____ DEPUTY CLERK

### ORDER

**AND NOW**, this 4th day of **October, 2001, IT IS HEREBY ORDERED THAT** Plaintiff's Renewal Motion for Appointment of Counsel **(Doc. 45)** is **DENIED**.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: October 4, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 4, 2001

Re: 1:00-cv-02143    Kenney v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

John Charles Kenney
USP-ALLENWOOD
Maximum Security Correct. Inst.
05238-041
P.O. Box 3000
White Deer, PA   17887

Joseph J. Terz, Esq.
Office of the US Attorney
316 Federal Building
240 West Third Street
Williamsport, PA   17703

cc:
Judge                              ( )           ( ) Pro Se Law Clerk
Magistrate Judge                   ( )           ( ) INS
U.S. Marshal                       ( )           ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen   ( )    PA Atty Gen ( )
                                           DA of County  ( )    Respondents ( )
Bankruptcy Court                   ( )
Other_____        ( )

MARY E. D'ANDREA, Clerk

10/4/01