IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,  : Civil No. 1:CV-00-2143
    Plaintiff,
                       : Hon. Judge McClure, Jr.
                         (Presiding)
    v.
                       :
JAKE MENDEZ, Warden, et al., Magistrate Blewitt
    Defendants.

FILED
WILLIAMSPORT, PA
OCT 12 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

NOTICE OF APPEAL FROM MAGISTRATE JUDGE
TO DISTRICT COURT JUDGE PURSUANT TO 28
USCA 636(c)(4) AND CIVIL RULE 73(d)

COMES NOW PLAINTIFF, John Charles Kenney, acting pro se in the above captioned civil case. Kenney today on Tuesday, October 9, 2001, received three ORDERS from Magistrate Blewitt, dated 10/4/01. Mag. Blewitt had granted the following:

1) Plaintiff's Renewal Motion for Appointment of Counsel (Doc. 45) is DENIED;

2) All discovery shall be complete by January 15, 2002. All case dispositive motions shall be filed by February 15, 2002;

3) Defendants, by their counsel, may take the deposition of plaintiff, John Charles Kenney, at a place and time suitable to the Bureau of Prisons.

― ― ― ― ― ― ― ―

For all the relevant reasons contained in Kenney's recently filed Renewal Motion For Appointment OF COUNSEL, dated 9/17/01. That, Kenney hereby wishes to appeal the above ORDERS entered 10/4/01.

Dated: 10/9/01

Kenney #05238-041
Mr. John Charles Kenney, pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,　　　　: Civil No. 1:CV-00-2143
　　　　Plaintiff,　　　　　　　　　: Hon. Judge McClure, Jr.
　　　　　　　　　　　　　　　　　: (presiding)
　　v.　　　　　　　　　　　　　　: Magistrate Blewitt
JAKE MENDEZ, Warden, et al.,　　:
　　　　Defendants.　　　　　　　:

## CERTIFICATE OF SERVICE BY AN INCARCERATED LITIGANT

I, John Charles Kenney, plaintiff, acting pro se hereby certify that on Tuesday, October 9, 2001, I forwarded a true carbon-copy of a timely "NOTICE OF APPEAL" pursuant to 28 USCA 636(c)(4), and Civil Rule 73(d). By placing said contents in a postpaid first class, pre-addressed envelope mailed to Defendants' Representative below:

　　　　The Honorable Terz
　　　　U.S. Attorney's Office
　　　　Federal Building, Ste. 316
　　　　240 West Third Street
　　　　Williamsport PA 17701-6465

I further certify that this certificate is compliant with Local Rule 7.2. governing certificates of service.

　　　　　　　　　　　　　　　Kenney # 05238-041
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Mr. John Charles Kenney, pro se