00 CV 2143

57

BCO
10-16-01

```
Thu Sep 27 11:30:48 2001

    UNITED STATES DISTRICT COURT
    SCRANTON        , PA

Receipt No.    333 85317
Cashier        rich

Tender Type  CHECK

Check Number: 2221 08783354

Transaction Type   AR

D0 Code    Div No     Acct
 4667        3       5100PL

Amount          $    16.00

JOHN KENNEY 05238041 USP ALLENWOOD

PARTIAL FILING FEE 00-CV-2143
```

**FILED**
**SCRANTON**

**SEP 27 2001**

cn

Thu Sep 27 11:30:48 2001
PER _____
Check No. 2221 08783354  DEPUTY CLERK
Amount$    16.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4067