IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY, | CIVIL ACTION NO. **1:CV-00-2143** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Blewitt) |
| JAKE MENDEZ, Warden, et al., | |
| Defendants | |

FILED
SCRANTON
OCT 16 2001

_____ /s/
DEPUTY CLERK

## ORDER

AND NOW, this 16th day of **October, 2001**, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Correct His Address and to Stamp Incoming Correspondence (**Doc. 35**) is **GRANTED** as to the change of address.

2. The Motion is **DENIED** as to the request that correspondence from the Court be stamped "open only in presence of the inmate."

/s/ Thomas M. Blewitt
_____
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: October 16, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

October 17, 2001

Re:  1:00-cv-02143    Kenney v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

John Charles Kenney
USP-ALLENWOOD
Maximum Security Correct. Inst.
05238-041
P.O. Box 3000
White Deer, PA  17887

Joseph J. Terz, Esq.
Office of the US Attorney
316 Federal Building
240 West Third Street
Williamsport, PA  17703

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk