IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT, PA
OCT 25 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

JOHN CHARLES KENNEY,
   Plaintiff,

v.

JAKE MENDEZ, Warden, et al.,
   Defendants.

Civil No. 1:CV-00-2143
Hon. Judge McClure, Jr.
   (Presiding)

Magistrate Blewitt

## PRO SE PRELIMINARY INJUNCTION MOTION PURSUANT TO 28 USCA FRCP RULE 65(a)(A)

PLAINTIFF, John Charles Kenney, acting pro se in the above captioned civil action. Kenney in the instant motion seeks injunctive-orders from this Honorable Court, the reasons why are set out in a separate supporting brief in accordance with M.D. Pa. Local Rule 7.5., and Fed. Rules Civ. Proc. Rule 65(a)(A). Opposing Counsel was served pursuant to L.R. 7.2., and FRCP 65(a)(1).

Concurrence was not sought, because Kenney's pro se status. (See L.R. 7.1.).

Respectfully submitted,

Dated: 10/18/01

Kenney

Mr. John Charles Kenney, pro se
Register No. 05238-041
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,  : Civil No. 1: CV-00-2143
Plaintiff,             : Hon. Judge McClure, Jr.
                       :    (Presiding)
v.                     :
                       :
JAKE MENDEZ, Warden, et al., : (Magistrate Blewitt)
Defendants.            :

CERTIFICATE OF SERVICE BY AN INCARCERATED LITIGANT

I, John Charles Kenney, plaintiff, acting pro se hereby certify that on Thursday, October 18, 2001, forwarded a true carbon-copy of a timely "PRELIMINARY-INJUNCTION MOTION," pursuant to F.R.C.P Rule 65. By placing said contents in a post paid first class, pre-addressed envelope mailed to Defendants' Representative below:

> The Honorable Terz
> U.S. Attorney's Office
> Federal Building, Ste. 316
> 240 West Third Street
> Williamsport PA 17701-6465

Further, I certify this certificate is in conformity with Fed. R. Civ. P. RULE 65(a)(1)(governing "NOTICE" to adverse party). And L.R. 7.2.

Kenney # 05238-041
_____
Mr. John Charles Kenney, pro se