1:CV-00-2143

"Linden Seal Documents"
6 - pages
Letter to Judge

FILED
WILLIAMSPORT, PA
OCT 25 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

10-26-01