1:00CV 2143

Additional Exhibits to Motion for Prelim. Injunc.

FILED
WILLIAMSPORT, PA
NOV 1 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK