ORIGINAL

FILED
WILLIAMSPORT, PA

NOV - 8 2001

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

MCC:JJT:mel:2001V00126

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHARLES KENNEY, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No.  1:CV-00-2143 |
| | : | (McClure, J.) |
| JAKE MENDEZ; | : | (Blewitt, M.J.) |
| JESUS "JESSE" GONZALEZ; | : | |
| JAMES "JIMMY" SCARBOROUGH; and | : | |
| KELLY M. KEISER, | : | |
| Defendants | : | |

**EXHIBITS TO BRIEF IN OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

MARTIN C. CARLSON
United States Attorney

JOSEPH J. TERZ
Assistant U.S. Attorney
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Date: November 8, 2001

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN CHARLES KENNEY, | : | CIVIL ACTION NO. 1:CV-00-2143 |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Blewitt) |
| | : | |
| JAKE MENDEZ, Warden et al., | : | |
| | : | |
| Defendants | : | |

## DECLARATION OF ALICIA VASQUEZ

I, Alicia Vasquez, do declare and state as follows:

1.   I am an Attorney Advisor at the United States Department of
Justice, Federal Bureau of Prisons (BOP), Federal
Correctional Complex, Allenwood, Pennsylvania.  I have been
employed with the BOP since August 2000.  As a result of my
position, I have access to Bureau of Prisons' files,
including computer files maintained in the ordinary course
of business on inmates incarcerated at FCC Allenwood.

2.   I have reviewed the Motion for Preliminary Injunction filed
by the Plaintiff, inmate John Kenney, Federal Register
Number 05238-041, in which he seeks placement in general
population.

3.   Attached hereto as Attachment 1 is a true and correct copy
of the Inmate Discipline Data Chronological Disciplinary



EXHIBIT
1

Record information for the Plaintiff printed from the Bureau of Prisons' SENTRY computer system. This attachment shows that on September 29, 1999, the Plaintiff incurred an Incident Report in violation of Code 101, Assaulting with Serious Injury. On December 7, 1999, the Plaintiff received the following sanctions from the Discipline Hearing Officer: disallowance of 40 days of Good Conduct Time, 60 days of Disciplinary Segregation, Loss of Commissary privileges 120 days, Loss of phone privileges 120 days, Loss of visiting privileges 120 days, as well as a disciplinary transfer.

4.   Attached hereto as Attachment 2 is a true and correct copy of the Administrative Detention Order for the Plaintiff dated March 12, 2001. This document shows that the Plaintiff is being held in Administrative Detention as a writ return pending Reclassification. This document indicates that the Plaintiff received a copy of the Administrative Detention Order on March 12, 2001, 5:30 p.m.

I certify that the documents attached to this declaration are true and correct copies of documents kept in the ordinary course of business by the Federal Bureau of Prisons.  I further declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.


Alicia Vasquez

Alicia Vasquez

Attorney Advisor

11/5/01

Date

<u>Kenney v. Mendez et al</u>
Civil No. 1: CV-00-2143
Middle District of Pennsylvania

**Declaration of Alicia Vasquez**

# Attachment  1

```
ALFLJ            *          INMATE DISCIPLINE DATA        *    11-02-2001
PAGE 001         *     CHRONOLOGICAL DISCIPLINARY RECORD   *    13:20:38

REGISTER NO.: 05238-041 NAME..: KENNEY, JOHN CHARLES
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO    MOS PRIOR TO 11-02-2001
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 757311 - SANCTIONED  INCIDENT DATE/TIME: 02-21-2000 1621
DHO HEARING DATE/TIME: 03-14-2000 0945
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: DENIES PUSHING DURESS ALARM
HEARING IS ALSO BASIS FOR EXECUTION OF DS         SUSPENDED 02-22-2000 0950
   317   FAILING TO FOLLOW SAFETY REGS - FREQ: 2
         DIS GCT    / 13 DAYS / CS
         COMP:010 LAW:S
         DS         / 15 DAYS / CS
         COMP:    LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 754748 - SANCTIONED  INCIDENT DATE/TIME: 02-12-2000 2015
DHO HEARING DATE/TIME: 02-22-2000 0950
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: DENIES
   203   THREATENING BODILY HARM - FREQ: 1 ATI: IN1
         DIS GCT    / 14 DAYS / CS
         COMP:010 LAW:S
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
                      EXECUTED BASED ON HEARING OF 03-14-2000 0945
         COMP:    LAW:    PENDING CLEAR CONDUCT
         LP PHONE   / 60 DAYS / CS
         COMP:    LAW:    THROUGH 06-03-2000
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 754693 - SANCTIONED  INCIDENT DATE/TIME: 02-12-2000 1955
DHO HEARING DATE/TIME: 02-22-2000 0940
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: DENIES
   317   FAILING TO FOLLOW SAFETY REGS - FREQ: 1
         DIS GCT    / 14 DAYS / CS
         COMP:010 LAW:S
         LP COMM    / 60 DAYS / CS
         COMP:    LAW:    THROUGH 06-03-2000
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 718283 - SANCTIONED  INCIDENT DATE/TIME: 09-29-1999 1250
DHO HEARING DATE/TIME: 12-07-1999 0900
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: INMATE WAIVED APPEARANCE AT HEARING.
   101A ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: SF3 RFP: A
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:S
         DS         / 60 DAYS / CS
         COMP:    LAW:


G0002        MORE PAGES TO FOLLOW . . .
```

```
ALFLJ          *        INMATE DISCIPLINE DATA        *      11-02-2001
PAGE 002       *     CHRONOLOGICAL DISCIPLINARY RECORD  *     13:20:38

REGISTER NO: 05238-041 NAME..: KENNEY, JOHN CHARLES
FUNCTION...: PRT        FORMAT: CHRONO   LIMIT TO    MOS PRIOR TO 11-02-2001

DHO HEARING DATE/TIME: 12-07-1999 0900    REPORT 718283 CONTINUED
          LP COMM    / 120 DAYS / CS
          COMP:    LAW:    CONCLUDING 4/5/2000.
          LP PHONE   / 120 DAYS / CS
          COMP:    LAW:    CONCLUDING 4/5/2000.
          LP VISIT   / 120 DAYS / CS
          COMP:    LAW:    CONCLUDING 4/5/2000.
          TRANSFER   / CS
          COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 730290 - SANCTIONED  INCIDENT DATE/TIME: 11-13-1999 1115
DHO HEARING DATE/TIME: 11-30-1999 0845
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: INMATE ADMITS TO REFUSING ORDER TO GIVE LUNCH TRAYS TO
                       THE OFFICER.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT    / 7 DAYS / CS
        COMP:010 LAW:S
        DS         / 15 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 728688 - SANCTIONED  INCIDENT DATE/TIME: 11-08-1999 0950
DHO HEARING DATE/TIME: 11-30-1999 0840
FACL/CHAIRPERSON.....: ALP/CERNEY
REPORT REMARKS.......: INMATE DENIES CHARGES - STATED HE WOULD CUFF UP, BUT
                       WOULD NOT TAKE A CELLIE.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT    / 7 DAYS / CS
        COMP:010 LAW:S
        DS         / 15 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 659108 - SANCTIONED  INCIDENT DATE/TIME: 02-17-1999 1550
UDC HEARING DATE/TIME: 02-23-1999 1345
FACL/UDC/CHAIRPERSON.: ALP/III/GONZALEZ
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    30 DAYS LOSS OF COMMISSARY PRIVILEGES.
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 659832 - SANCTIONED  INCIDENT DATE/TIME: 02-16-1999 2245
UDC HEARING DATE/TIME: 02-23-1999 1330
FACL/UDC/CHAIRPERSON.: ALP/III/GONZALEZ
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE.


G0002      MORE PAGES TO FOLLOW . . .
```

000006

```
ALFLJ              *        INMATE DISCIPLINE DATA           *     11-02-2001
PAGE 003           *     CHRONOLOGICAL DISCIPLINARY RECORD    *     13:20:38

REGISTER NO: 05238-041 NAME..: KENNEY, JOHN CHARLES
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO    MOS PRIOR TO 11-02-2001

UDC HEARING DATE/TIME: 02-23-1999 1330    REPORT 659832 CONTINUED
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM     / 30 DAYS / CS
        COMP:    LAW:    30 DAYS LOSS OF COMMISSARY PRIVILEGES.
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 333152 - SANCTIONED  INCIDENT DATE/TIME: 07-25-1995 1330
DHO HEARING DATE/TIME: 08-22-1995 0915
FACL/CHAIRPERSON.....: LOM/BAKER J
REPORT REMARKS.......: INMATE DENIED POSSESSING THE WEAPON
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS          / 28 DAYS / CS
        COMP:    LAW:    TIME SERVED
        DS          / 32 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 246444 - SANCTIONED  INCIDENT DATE/TIME: 08-04-1994 0850
DHO HEARING DATE/TIME: 08-16-1994 0934
FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
REPORT REMARKS.......: INMATE GUILTY OF CODE 306.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 3
        DIS GCT     / 14 DAYS / CS
        COMP:    LAW:
        DS          / 30 DAYS / CS
        COMP:    LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 188329 - SANCTIONED  INCIDENT DATE/TIME: 11-22-1993 0800
DHO HEARING DATE/TIME: 03-29-1994 1025
FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
REPORT REMARKS.......: INMATE FOUND GUILTY OF CODE 306.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 3
        DIS GCT     / 27 DAYS / CS
        COMP:    LAW:
        DS          / 30 DAYS / CS
        COMP:    LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 178821 - SANCTIONED  INCIDENT DATE/TIME: 10-07-1993 2100
DHO HEARING DATE/TIME: 10-19-1993 1000
FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
REPORT REMARKS.......: INMATE GUILTY OF CODE 306.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 2
        DIS GCT     / 14 DAYS / CS
        COMP:    LAW:
        DS          / 21 DAYS / CS
        COMP:    LAW:



G0002      MORE PAGES TO FOLLOW . . .
```

```
ALFLJ          *          INMATE DISCIPLINE DATA          *    11-02-2001
PAGE 004 OF 004 *    CHRONOLOGICAL DISCIPLINARY RECORD     *    13:20:38

REGISTER NO: 05238-041 NAME..: KENNEY, JOHN CHARLES
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO    MOS PRIOR TO 11-02-2001
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 153836 - SANCTIONED   INCIDENT DATE/TIME: 06-09-1993 1100
DHO HEARING DATE/TIME: 10-14-1993 1030
FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
REPORT REMARKS.......: INMATE GUILTY OF CODE 307.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT   / 14 DAYS / CS
        COMP:   LAW:
        DS        / 15 DAYS / CS
        COMP:   LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 152985 - SANCTIONED   INCIDENT DATE/TIME: 06-04-1993 1535
DHO HEARING DATE/TIME: 06-29-1993 0950
FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
REPORT REMARKS.......: INMATE GUILTY OF CODE 203/312/306.
   203  THREATENING BODILY HARM - FREQ: 1 ATI: ???
        DIS GCT   / 27 DAYS / CS
        COMP:   LAW:
        DS        / 30 DAYS / CS
        COMP:   LAW:
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        DIS GCT   / 14 DAYS / CS
        COMP:   LAW:
        DS        / 15 DAYS / CS
        COMP:   LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DIS GCT   / 14 DAYS / CS
        COMP:   LAW:
        DS        / 15 DAYS / CS
        COMP:   LAW:




G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Kenney v. Mendez et al
Civil No. 1: CV-00-2143
Middle District of Pennsylvania

**Declaration of Alicia Vasquez**

# Attachment 2

000009

BP-S308.052 **ADMINISTRATIVE DETENTION ORDER** CDFRM078
MAY 94

**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**



USP Allenwood, PA
Institution

Date/Time: March 12,2001 5:30 P.M.
Unit - 3B

TO      : Special Housing Unit Officer

FROM    : M. Luna  Lieutenant _____ (Name/Title)

SUBJECT : Placement of Kenney _____ Reg. No. 05238-041, in Administrative Detention

_____ (a)  Is pending a hearing for a violation of Bureau regulations;

_____ (b)  Is pending investigation of a violation of Bureau regulations;

_____ (c)  Is pending investigation or trial for a criminal act;

_____ (d)  Is to be admitted to Administrative Detention

_____ (1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____ (2) Since a serious threat exists to individual's safety as perceived
by staff, although person has not requested admission; referral of the necessary
information will be forwarded to the UDC/DHO for appropriate hearing.

_____ (e)  Is pending transfer or is in holdover status during transfer.

XXXXX   (f)  Is pending classification; or

_____ (g)  Is terminating confinement in Disciplinary Segregation and has been ordered
into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's
continued presence in the general population poses a serious threat to life, property,
self, staff, other inmates, or to the security or orderly running of the institution
because*

Inmate Kenney is being placed in Administrative Detention as a Writ return pending Re-
Classification.

_____

Therefore, the above named inmate is to be placed in Administrative Detention until
further notice.  The inmate received a copy of this Order on (date / time)
March 12, 2001 5:30 P.M.

Staff Witness Signature/Printed Name M. Catino _____ Date March 12, 2001

*In the case of DHO action, reference to that order is sufficient.  In other cases, the
officer will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover
status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative
Detention Unit; Copy - Central File
(This form may be replicated via WP)               Replaces BP-308(52) of JAN 88

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,         :     CIVIL ACTION NO. 1:CV-00-2143

          Plaintiff         :     (Judge Rambo)

           v.            :     (Magistrate Judge Blewitt)

JAKE MENDEZ, Warden et al.,    :

         Defendants     :

### DECLARATION OF S. ALBERT-BLOSSER

I, S. Albert-Blosser, do declare and state as follows:

1.    I am a Paralegal Specialist at the United States Department of Justice, Federal Bureau of Prisons (BOP), Federal Correctional Complex, Allenwood, Pennsylvania. I have been employed with the BOP since September 1997. I have worked as a Paralegal Specialist since April 2001. As a result of my position, I have access to Bureau of Prisons' files, including computer files maintained in the ordinary course of business on inmates incarcerated at FCC-Allenwood.

2.    I have reviewed the Motion for Preliminary Injunction filed by the Plaintiff, inmate John Kenney, Federal Register Number 05238-041, in which he seeks placement in general population.



**EXHIBIT**

3.    The Bureau of Prisons has established an administrative remedy procedure through which an inmate can seek formal review of any complaint regarding any aspect of his imprisonment, if less formal procedures do not resolve the matter, pursuant to 28 C.F.R. §542.13.

4.    In order to exhaust appeals under the Administrative Remedy Procedure for inmates, an inmate must first raise his/her complaint to their unit team through an Informal Resolution Attempt.  If the concern is not informally resolved, the inmate may file an appeal to the Warden of the institution where he is confined.  He may then further appeal an adverse decision to the Regional Director and Central Office of the Federal Bureau of Prisons. See 28 C.F.R. § 542, et seq.  No administrative remedy appeal is considered to have been finally exhausted until it has been denied by the Bureau of Prisons' Central Office.

5.    In the ordinary course of business, computerized indexes of all formal administrative appeals filed by inmates are maintained by the Institution, Regional and Central Offices so that rapid verification may be made as to whether an inmate has exhausted administrative appeals on a particular issue.  Informal resolution attempts are not retained by a computerized index.

6.   On October 31, 2001, I conducted a search of the records to
     determine whether or not the Plaintiff had exhausted
     available administrative remedies regarding the issue he
     raised in his Motion for Preliminary Injunction.  This
     review has revealed that the Plaintiff has **not** exhausted
     available administrative remedies for the issue that he has
     raised in his injunction.  I have attached the Plaintiff's
     Sentry transaction sheet on administrative remedies as
     Attachment 1 to this Declaration.

7.   Specifically, the Plaintiff has filed a total of 28
     administrative remedies, two of which are related to general
     population housing.

8.   Sentry computer records indicate that the Plaintiff filed a
     BP-9 (administrative remedy number 233400-F1) regarding
     placement in general population on February 21, 2001.  The
     Sentry computer record further indicates that this
     administrative remedy was rejected on the same date for
     failing to submit a complete set of the request (4
     carbonized copies).  (See Attachment 1, page 14).

9.   On February 28, 2001, Sentry computer records indicate that
     the Plaintiff filed a second  BP-9 (administrative remedy
     number 233400-F2) regarding placement in general population.

The Sentry computer record further indicates that this
administrative remedy was closed and denied on March 15,
2001.  (See Attachment 1, page 14).

10.    Records show that the Plaintiff chose not to file a BP-10
with the Regional Office regarding his placement in general
population.

11.    Therefore, the Plaintiff **has not exhausted** the
administrative remedy process regarding the issue he raises
in his injunction.

I certify that the documents attached to this declaration
are true and correct copies of documents kept in the ordinary
course of business by the Federal Bureau of Prisons.  I further
declare under penalty of perjury in accordance with the
provisions of 28 U.S.C. § 1746 that the above is accurate to the
best of my knowledge and belief.

_____
S. Albert-Blosser
Paralegal Specialist
FCC-Allenwood

_____
Date    11/1/01

**Kenney v. Mendez, et al.**
**1:CV-00-2143**
Albert-Blosser Declaration

# ATTACHMENT #1

```
ALFLJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-31-2001
PAGE 001 OF                                                         14:47:51
        FUNCTION: L-P SCOPE: REG    EQ 05238-041     OUTPUT FORMAT: FULL
     ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____     DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____
SUBJECTS: _____
EXTENDED: ___ REMEDY LEVEL: __ __         RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____
TRACK: DEPT: _____   _____   _____   _____   _____
      PERSON: ____    ____    ____    ____    ____
        TYPE: ____    ____    ____    ____    ____
EVNT FACL: EQ ____   ____    ____    ____    ____
RCV FACL.: EQ ____   ____    ____    ____    ____
RCV UN/LC: EQ ____   ____    ____    ____    ____
RCV QTR..: EQ _____
ORIG FACL: EQ _____
ORG UN/LC: EQ _____
ORIG QTR.: EQ _____



G0002        MORE PAGES TO FOLLOW . . .
```

```
ALFLJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-31-2001
PAGE 002 OF     *                FULL SCREEN FORMAT             *      14:47:51

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                 QTR.: Z01-120LAD RCV OFC: LOM
REMEDY ID: 94392-F1        SUB1: 33AM SUB2:   DATE RCV:   09-25-1995
UNT RCV..: K               QTR RCV.: K        FACL RCV: LOM
UNT ORG..: K               QTR ORG.: K        FACL ORG: LOM
EVT FACL.: LOM    ACC LEV: LOM  1 WXR  1             RESP DUE: TUE  10-10-1995
ABSTRACT.: PA LEGAL MATERIAL
STATUS DT: 09-27-1995  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: D EXT:   DATE ENTD: 09-25-1995
REMARKS..:



REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                 QTR.: Z01-120LAD RCV OFC: WXR
REMEDY ID: 94715-R1        SUB1: 20DM SUB2:   DATE RCV:   09-25-1995
UNT RCV..: K               QTR RCV.: K        FACL RCV: LOM
UNT ORG..: K               QTR ORG.: K        FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:                          RESP DUE:
ABSTRACT.: DHO CODE 104/HEARING;08-22-1995
STATUS DT: 09-28-1995  STATUS CODE: REJ STATUS REASON: UTR
INCRPTNO.: 333152    RCT:   EXT:   DATE ENTD: 09-28-1995
REMARKS..:




G0002        MORE PAGES TO FOLLOW . . .
```

```
   ALFLJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-31-2001
   PAGE 003 OF       *            FULL SCREEN FORMAT              *      14:47:51


   REGNO: 05238-041 NAME: KENNEY, JOHN
   RSP OF...: ALP UNT/LOC/DST: I               QTR.: Z01-120LAD RCV OFC: WXR
   REMEDY ID: 94392-R1        SUB1: 33AM SUB2:     DATE RCV:   10-16-1995
   UNT RCV..: K            QTR RCV.: K          FACL RCV: LOM
   UNT ORG..: K            QTR ORG..: K         FACL ORG: LOM
   EVT FACL.: LOM    ACC LEV:  LOM  1 WXR  1       RESP DUE:  WED  11-15-1995
   ABSTRACT.: REQUESTING PENNSYLVANIA STATE LAW BOOKS
   STATUS DT: 11-01-1995  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:            RCT: D EXT:   DATE ENTD: 10-19-1995
   REMARKS..:




   REGNO: 05238-041 NAME: KENNEY, JOHN
   RSP OF...: ALP UNT/LOC/DST: I               QTR.: Z01-120LAD RCV OFC: LOM
   REMEDY ID: 110268-F1       SUB1: 33ZM SUB2:     DATE RCV:   05-23-1996
   UNT RCV..: K            QTR RCV.: K          FACL RCV: LOM
   UNT ORG..: K            QTR ORG..: K         FACL ORG: LOM
   EVT FACL.: LOM    ACC LEV:  LOM  1 WXR  1 BOP  1  RESP DUE:  WED  06-12-1996
   ABSTRACT.: LEGAL LEAVE TO PREPARE LEGAL WORK
   STATUS DT: 06-05-1996  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:            RCT: D EXT:   DATE ENTD: 05-23-1996
   REMARKS..:




   G0002       MORE PAGES TO FOLLOW . . .
```

```
     ALFLJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     10-31-2001
     PAGE 004 OF      *           FULL SCREEN FORMAT              *     14:47:51

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                   QTR.: Z01-120LAD RCV OFC: WXR
REMEDY ID: 110268-R1      SUB1: 33ZM SUB2:      DATE RCV:  06-12-1996
UNT RCV..: K              QTR RCV.: H ADM DET   FACL RCV: LOM
UNT ORG..: K              QTR ORG.: K           FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:  LOM  1 WXR  1 BOP  1   RESP DUE:  FRI  07-12-1996
ABSTRACT.: REQUESTING REASSIGNMENT TO THE LAW LIBRARY
STATUS DT: 06-17-1996   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 06-13-1996
REMARKS..:



REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                   QTR.: Z01-120LAD RCV OFC: WXR
REMEDY ID: 112015-R1      SUB1: 21AM SUB2: 10ZM DATE RCV:  06-18-1996
UNT RCV..: K              QTR RCV.: H ADM DET   FACL RCV: LOM
UNT ORG..: K              QTR ORG.: H ADM DET   FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:                      RESP DUE:
ABSTRACT.: UDC HEARING 6-11-96. CODES: 306, 307/TRANSFER
STATUS DT: 06-18-1996   STATUS CODE: REJ STATUS REASON: INF INS OTH
INCRPTNO.: 411621    RCT:  EXT:   DATE ENTD: 06-18-1996
REMARKS..: YOU DID NOT SUBMIT YOUR REQUEST ON THE PROPER FORMS.
            MULTIPLE ISSUES MUST BE ADDRESSED SEPARATELY.






G0002       MORE PAGES TO FOLLOW . . .
```

```
    ALFLJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-31-2001
    PAGE 005 OF       *             FULL SCREEN FORMAT              *   14:47:51

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I
REMEDY ID: 112836-F1       SUB1: 21AM SUB2:          QTR.: Z01-120LAD RCV OFC: LOM
UNT RCV..: K              QTR RCV.: H ADM DET         DATE RCV:  06-30-1996
UNT ORG..:               QTR ORG.:                    FACL RCV: LOM
EVT FACL.: LOM    ACC LEV:                            FACL ORG:
ABSTRACT.: APPEAL OF UDC SANCTION....SINGLE CELL ISSUE         RESP DUE:
STATUS DT: 06-30-1996   STATUS CODE: VOD STATUS REASON:
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 07-01-1996
REMARKS..: DUPLICATE OF #112836-F1




REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I
REMEDY ID: 112837-F1       SUB1: 21AM SUB2:          QTR.: Z01-120LAD RCV OFC: LOM
UNT RCV..: K              QTR RCV.: H ADM DET         DATE RCV:  06-30-1996
UNT ORG..: K             QTR ORG.: H ADM DET          FACL RCV: LOM
EVT FACL.: LOM    ACC LEV: LOM  1                     FACL ORG: LOM
ABSTRACT.: APPEAL OF UDC SANCTION....SINGLE CELL ISSUE         RESP DUE: SAT  07-20-1996
STATUS DT: 07-15-1996   STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.: 411621     RCT: P EXT:   DATE ENTD: 07-01-1996
REMARKS..:




G0002        MORE PAGES TO FOLLOW . . .
```

```
   ALFLJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    10-31-2001
   PAGE 006 OF      *              FULL SCREEN FORMAT              *    14:47:51

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                    QTR.: Z01-120LAD RCV OFC: LOM
REMEDY ID: 112970-F1       SUB1: 21AM SUB2:      DATE RCV:   07-01-1996
UNT RCV..: K              QTR RCV.: H ADM DET     FACL RCV: LOM
UNT ORG..: K              QTR ORG.: H ADM DET     FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:                               RESP DUE:
ABSTRACT.: UDC APPEAL...ITS SANCTIONS
STATUS DT: 07-02-1996  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.: 411621    RCT:   EXT:   DATE ENTD: 07-02-1996
REMARKS..: PREVIOUSLY SUBMITTED, #112837-F1



REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                    QTR.: Z01-120LAD RCV OFC: BOP
REMEDY ID: 110268-A1       SUB1: 33ZM SUB2:      DATE RCV:   07-01-1996
UNT RCV..: K              QTR RCV.: H ADM DET     FACL RCV: LOM
UNT ORG..: K              QTR ORG.: K             FACL ORG: LOM
EVT FACL.: LOM    ACC LEV: LOM  1 WXR  1 BOP  1   RESP DUE:  SAT  08-10-1996
ABSTRACT.: REQUESTING REASSIGNMENT TO THE LAW LIBRARY
STATUS DT: 07-29-1996  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 07-12-1996
REMARKS..:




G0002        MORE PAGES TO FOLLOW . . .
```

```
     ALFLJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-31-2001
     PAGE 007 OF       *            FULL SCREEN FORMAT            *      14:47:51

     REGNO: 05238-041 NAME: KENNEY, JOHN
     RSP OF...: ALP UNT/LOC/DST: I                 QTR.: Z01-120LAD RCV OFC: LOM
     REMEDY ID: 120830-F1       SUB1: 10CM SUB2:   DATE RCV:   10-27-1996
     UNT RCV..: K              QTR RCV.: K          FACL RCV: LOM
     UNT ORG..: K              QTR ORG.: K          FACL ORG: LOM
     EVT FACL.: LOM    ACC LEV:   LOM  1 WXR  1 BOP  1   RESP DUE:  SAT  11-16-1996
     ABSTRACT.: COMPLAINS CASE MANAGER WILL NOT PROCESS TRANSFER
     STATUS DT: 11-01-1996  STATUS CODE: CLD STATUS REASON: DNY
     INCRPTNO.:               RCT: P EXT:   DATE ENTD: 10-27-1996
     REMARKS..:




     REGNO: 05238-041 NAME: KENNEY, JOHN
     RSP OF...: ALP UNT/LOC/DST: I                 QTR.: Z01-120LAD RCV OFC: WXR
     REMEDY ID: 120830-R1       SUB1: 10CM SUB2:   DATE RCV:   11-12-1996
     UNT RCV..: K              QTR RCV.: K          FACL RCV: LOM
     UNT ORG..: K              QTR ORG.: K          FACL ORG: LOM
     EVT FACL.: LOM    ACC LEV:   LOM  1 WXR  1 BOP  1   RESP DUE:  THU  12-12-1996
     ABSTRACT.: COMPLAINS CASE MANAGER WILL NOT PROCESS TRANSFER
     STATUS DT: 11-21-1996  STATUS CODE: CLD STATUS REASON: DNY
     INCRPTNO.:               RCT: P EXT:   DATE ENTD: 11-14-1996
     REMARKS..:
```

```
     G0002        MORE PAGES TO FOLLOW . . .
```

```
   ALFLJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-31-2001
   PAGE 008 OF       *           FULL SCREEN FORMAT                *  14:47:51

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                QTR.: Z01-120LAD RCV OFC: BOP
REMEDY ID: 120830-A1        SUB1: 10CM SUB2:     DATE RCV:   12-05-1996
UNT RCV..: K                QTR RCV.: K          FACL RCV: LOM
UNT ORG..: K                QTR ORG.: K          FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:  LOM 1 WXR 1 BOP 1    RESP DUE:  TUE 01-14-1997
ABSTRACT.: COMPLAINS CASE MANAGER WILL NOT PROCESS TRANSFER
STATUS DT: 12-19-1996  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 12-16-1996
REMARKS..:



REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                QTR.: Z01-120LAD RCV OFC: LOM
REMEDY ID: 129365-F1        SUB1: 13AM SUB2:     DATE RCV:   03-04-1997
UNT RCV..: K                QTR RCV.: K          FACL RCV: LOM
UNT ORG..: K                QTR ORG.: K          FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:  LOM 1                RESP DUE:  MON  03-24-1997
ABSTRACT.: CLAIMS POINTS ARE WRONG
STATUS DT: 03-16-1997  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 03-05-1997
REMARKS..:








G0002      MORE PAGES TO FOLLOW . . .
```

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I              QTR.: Z01-120LAD RCV OFC: WXR
REMEDY ID: 144374-R1      SUB1: 34ZM SUB2:   DATE RCV:   10-14-1997
UNT RCV..: K          QTR RCV.: K           FACL RCV: LOM
UNT ORG..: K          QTR ORG.: K           FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:                    RESP DUE:
ABSTRACT.: CASE MANAGER SENDING HIM TO USP BEAUMONT, TEXAS.
STATUS DT: 10-14-1997  STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 10-15-1997
REMARKS..:


REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I              QTR.: Z01-120LAD RCV OFC: NER
REMEDY ID: 177896-R1      SUB1: 10ZM SUB2:   DATE RCV:   01-21-1999
UNT RCV..: III        QTR RCV.: C02-224U    FACL RCV: ALP
UNT ORG..: III        QTR ORG.: C02-224U    FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:                    RESP DUE:
ABSTRACT.: WANTS TRANSFER
STATUS DT: 01-25-1999  STATUS CODE: REJ STATUS REASON: FRM INS SEN
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 01-25-1999
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .

```
    ALFLJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    10-31-2001
    PAGE 010 OF     *            FULL SCREEN FORMAT              *    14:47:51


REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                  QTR.: Z01-120LAD RCV OFC: ALP
REMEDY ID: 178233-F1      SUB1: 13HM SUB2:     DATE RCV:  01-27-1999
UNT RCV..: III            QTR RCV.: C02-224U   FACL RCV: ALP
UNT ORG..: III            QTR ORG.: C02-224U   FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: ALP  1 NER  1 BOP  2   RESP DUE: TUE 02-16-1999
ABSTRACT.: HOUSING ASSIGNMENT (EXCEPT SPECIAL HOUSING UNITS)
STATUS DT: 02-04-1999  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 01-28-1999
REMARKS..:




REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                  QTR.: Z01-120LAD RCV OFC: NER
REMEDY ID: 178233-R1      SUB1: 13HM SUB2:     DATE RCV:  02-18-1999
UNT RCV..: III            QTR RCV.: Z07-201LAD FACL RCV: ALP
UNT ORG..: III            QTR ORG.: C02-224U   FACL ORG: ALP
EVT FACL.: ALP    ACC LEV: ALP  1 NER  1 BOP  2   RESP DUE: SAT 03-20-1999
ABSTRACT.: REQUEST SINGLE CELL DUE TO MENTAL HEALTH
STATUS DT: 03-17-1999  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 02-23-1999
REMARKS..:
```

G0002        MORE PAGES TO FOLLOW . . .

```
   ALFLJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    10-31-2001
   PAGE 011 OF      *              FULL SCREEN FORMAT           *    14:47:51

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                    QTR.: Z01-120LAD RCV OFC: BOP
REMEDY ID: 178233-A1      SUB1: 13HM SUB2:       DATE RCV:  04-13-1999
UNT RCV..: III          QTR RCV.: C01-129U       FACL RCV: ALP
UNT ORG..: III          QTR ORG.: C02-224U       FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:  ALP  1 NER  1 BOP  2   RESP DUE:
ABSTRACT.: REQUEST SINGLE CELL DUE TO MENTAL HEALTH
STATUS DT: 04-13-1999  STATUS CODE: REJ STATUS REASON: CPG RSA
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 04-16-1999
REMARKS..:




REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                    QTR.: Z01-120LAD RCV OFC: BOP
REMEDY ID: 178233-A2      SUB1: 13HM SUB2: 34ZM DATE RCV:  04-30-1999
UNT RCV..: III          QTR RCV.: C01-129U       FACL RCV: ALP
UNT ORG..: III          QTR ORG.: C02-224U       FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:  ALP  1 NER  1 BOP  2   RESP DUE:  TUE  06-29-1999
ABSTRACT.: REQ.SINGLE CELL/EXCESSIVE FORCE BY STAFF
STATUS DT: 06-23-1999  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 05-06-1999
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
ALFLJ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-31-2001
PAGE 012 OF      *           FULL SCREEN FORMAT              *      14:47:51

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                QTR.: Z01-120LAD RCV OFC: ALP
REMEDY ID: 224261-F1        SUB1: 34DS SUB2:  DATE RCV:   10-13-2000
UNT RCV..: I            QTR RCV.: Z01-103UAD  FACL RCV: ALP
UNT ORG..: I            QTR ORG.: Z01-103UAD  FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:                       RESP DUE:
ABSTRACT.: ASSAULT BY STAFF
STATUS DT: 10-13-2000  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 10-18-2000
REMARKS..:


REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                QTR.: Z01-120LAD RCV OFC: NER
REMEDY ID: 224261-R1        SUB1: 34DS SUB2:  DATE RCV:   10-24-2000
UNT RCV..: I            QTR RCV.: Z01-104LAD  FACL RCV: ALP
UNT ORG..: I            QTR ORG.: Z01-103UAD  FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:                       RESP DUE:
ABSTRACT.: ASSAULT BY STAFF
STATUS DT: 10-25-2000  STATUS CODE: REJ STATUS REASON: UTR
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 10-25-2000
REMARKS..:



G0002        MORE PAGES TO FOLLOW . . .
```

```
   ALFLJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    10-31-2001
   PAGE 013 OF    *              FULL SCREEN FORMAT              *    14:47:51

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I
REMEDY ID: 224261-A1     SUB1: 34DS SUB2:        QTR.: Z01-120LAD RCV OFC: BOP
                                                 DATE RCV:  11-13-2000
UNT RCV..: I            QTR RCV.: Z01-111LAD     FACL RCV: ALP
UNT ORG..: I            QTR ORG.: Z01-103UAD     FACL ORG: ALP
EVT FACL.: ALP    ACC LEV:                              RESP DUE:
ABSTRACT.: ASSAULT BY STAFF
STATUS DT: 11-13-2000   STATUS CODE: REJ STATUS REASON: UTR
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 11-14-2000
REMARKS..: CONCUR WITH RATIONALE FOR REJECTING THIS APPEAL.



REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I
REMEDY ID: 232104-F1      SUB1: 34BM SUB2:       QTR.: Z01-120LAD RCV OFC: SPG
                                                 DATE RCV:  01-31-2001
UNT RCV..: FORENSIC     QTR RCV.: 10-E           FACL RCV: SPG
UNT ORG..: FORENSIC     QTR ORG.: 10-E           FACL ORG: SPG
EVT FACL.: SPG    ACC LEV:  SPG 1                      RESP DUE:  TUE  02-20-2001
ABSTRACT.: PSYCHOLOGIST MADE SEXUAL COMMENTS & ADVANCEMENTS
STATUS DT: 02-09-2001  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 02-02-2001
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
ALFLJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-31-2001
PAGE 014 OF       *          FULL SCREEN FORMAT             *      14:47:51

REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                    QTR.: Z01-120LAD RCV OFC: SPG
REMEDY ID: 233400-F1        SUB1: 13HM SUB2:     DATE RCV:   02-21-2001
UNT RCV..: FORENSIC      QTR RCV.: 10-E          FACL RCV: SPG
UNT ORG..: FORENSIC      QTR ORG.: 10-E          FACL ORG: SPG
EVT FACL.: SPG     ACC LEV:  SPG  2                       RESP DUE:
ABSTRACT.: REQUESTS TO BE HOUSED IN GENERAL POPULATION
STATUS DT: 02-21-2001  STATUS CODE: REJ STATUS REASON: QUA
INCRPTNO.:          RCT:  EXT:   DATE ENTD: 02-21-2001
REMARKS..:


REGNO: 05238-041 NAME: KENNEY, JOHN
RSP OF...: ALP UNT/LOC/DST: I                    QTR.: Z01-120LAD RCV OFC: SPG
REMEDY ID: 233400-F2        SUB1: 13HM SUB2:     DATE RCV:   02-28-2001
UNT RCV..: FORENSIC      QTR RCV.: 10-E          FACL RCV: SPG
UNT ORG..: FORENSIC      QTR ORG.: 10-E          FACL ORG: SPG
EVT FACL.: SPG     ACC LEV:  SPG  2                       RESP DUE:  TUE  03-20-2001
ABSTRACT.: REQUESTS TO BE HOUSED IN GENERAL POPULATION
STATUS DT: 03-15-2001  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 03-02-2001
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   ALFLJ         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     10-31-2001
   PAGE 015 OF 015 *            FULL SCREEN FORMAT          *      14:47:51


   REGNO: 05238-041 NAME: KENNEY, JOHN
   RSP OF...: ALP UNT/LOC/DST: I              QTR.: Z01-120LAD RCV OFC: ALP
   REMEDY ID: 247494-F1       SUB1: 10ZS SUB2:    DATE RCV:  08-24-2001
   UNT RCV..: I            QTR RCV.: Z01-119LAD   FACL RCV: ALP
   UNT ORG..: I            QTR ORG.: Z01-119LAD   FACL ORG: ALP
   EVT FACL.: ALP    ACC LEV: ALP  1 NER  1          RESP DUE:  THU  09-13-2001
   ABSTRACT.: TRANSFER - OTHER
   STATUS DT: 09-05-2001  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:            RCT: P EXT:   DATE ENTD: 08-24-2001
   REMARKS..:




   REGNO: 05238-041 NAME: KENNEY, JOHN
   RSP OF...: ALP UNT/LOC/DST: I              QTR.: Z01-120LAD RCV OFC: NER
   REMEDY ID: 247494-R1       SUB1: 10ZS SUB2:    DATE RCV:  09-25-2001
   UNT RCV..: I            QTR RCV.: Z01-120LAD   FACL RCV: ALP
   UNT ORG..: I            QTR ORG.: Z01-119LAD   FACL ORG: ALP
   EVT FACL.: ALP    ACC LEV: ALP  1 NER  1          RESP DUE:  THU  10-25-2001
   ABSTRACT.: OBJECTS TO TRANSFER
   STATUS DT: 10-24-2001  STATUS CODE: CLD STATUS REASON: DNY
   INCRPTNO.:            RCT: P EXT:   DATE ENTD: 09-27-2001
   REMARKS..:











                          28 REMEDY SUBMISSION(S) SELECTED
   G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,                     :
                   Plaintiff             :
                                         :
          v.                             :    Civil No.  1:CV-00-2143
                                         :    (Rambo, J.)
JAKE MENDEZ;                             :    (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;                  :
JAMES "JIMMY" SCARBOROUGH; and          :
KELLY M. KEISER,                         :
                   Defendants            :

### CERTIFICATE OF SERVICE

     The undersigned hereby certifies that she is an employee in
the Office of the United States Attorney for the Middle District
of Pennsylvania and is a person of such age and discretion to be
competent to serve papers.

     That this 8th day of November 2001, she served a copy of the
attached

### EXHIBITS TO BRIEF IN OPPOSITION TO PLAINTIFF'S
### MOTION FOR PRELIMINARY INJUNCTION

by placing said copy in a postpaid envelope addressed to the
person hereinafter named, at the place and address stated below,
which is the last known address, and by depositing said envelope
and contents in the United States Mail at Williamsport,
Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887


                                   _____
                                   MICHELE E. LINCALIS
                                   Paralegal Specialist