1:00CV2143

1:00CV2143



12-11-01

REFER
Blewitt

```
Wed Dec  5 09:47:29 2001

UNITED STATES DISTRICT COURT
   SCRANTON        PA

Receipt No.   333 86042
Cashier       sylvien

Tender Type  CHECK

Check Number: 09463084

Transaction Type  AR

DB Code   Div No    Acct
4667       3       5100PL

Amount     $      20.60

US TREASURY

PARTIAL FF 00CV2143



on
Wed Dec  5 09:47:29 2001

Check No. 09463084
Amount:   20.60
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol ***
```

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE   TFS FORM 9039 (Rev.) | | |
|---|---|---|---|---|
| VENDOR NAME: CLERK OF COURTS | | VENDOR I.D. NUMBER: 105238041 | | |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS | | |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2221-09463084 | $*****20.60 | 11-29-01 |
| PAYMENT IDENTIFICATION DATA: | 22010364DOC NO 1 00-CV-02143 KENNEY,JOHN 05238041 USP ALLENWOOD | | AGENCY SCHEDULE NUMBER 0002801128 | |
| | FOR INFO CALL 202-307-3052 | | AGENCY TELEPHONE NUMBER 202-307-3052 | |

## NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED