IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY, Plaintiff, v. JAKE MENDEZ, Warden, et al., Defendants. | Civil No. 1:CV-00-2143 Hon. Judge McClure, Jr., (Presiding) (Magistrate Blewitt) |

FILED
WILLIAMSPORT, PA
DEC 26 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## NOTICE TO THE COURT / DEPOSITION

PLEASE TAKE NOTICE, that upon Dec. 17, 2001, Plaintiff-Kenney had received documents from the Defendants indicating deposition to be conducted on Friday, Dec. 21, 2001. For "good cause", Kenney hereby gives Notice that, he is "apprehensive" and "distraught." That this would not be a good time for such an examination. Based upon Kenney's recent filings to the Court. That, Kenney is "wholly" unfit to participate in such an examination. Therefore, Kenney seeks an "emergency" suspension of deposing him. And for Defendants to cease such an interrogation. (See Rule 26(c)).

cc: Hon. Terz, Defendants

Dated: Dec. 19, 01

Respectfully submitted,

Kenney # 05238-041

Mr. John Charles Kenney, pro se
Register No. 05238-041

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,  :  Civil No. 1:CV-00-2143
            Plaintiff, :  Hon. Judge McClure, Jr.,
     v.                :        (Presiding)
                       :
JAKE MENDEZ, Warden, et al., : (Magistrate Blewitt)
            Defendants.  :

## CERTIFICATE OF SERVICE

I, John Charles Kenney, plaintiff acting pro se hereby certify that on Wednesday, December 19, 2001, I forwarded a true copy of a "NOTICE" of Suspension to Defendants' Representative below:

The Honorable Terz
U.S. Attorney's Office
Federal Building, Ste. 316
Williamsport PA 17701-6465

X_____Kenney #05238-041_____
                                pro se
Mr. John Charles Kenney
Register No. 05238-041





Mr. John C. Kenney
#05238-041
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000

c/o Honorable Judge McClure, Jr.
U.S. District Court Judge
Federal Building, Suite 218
U.S. District Courthouse
240 West Third Street
Williamsport PA 17701-6460

Legal Mail

Legal Mail

**RECEIVED**

DEC 2 6 2001

James F. McClure Jr.
U.S. District Judge

"God please help me"