IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY,<br>    Plaintiff,<br>v.<br>JAKE MENDEZ, Warden, et al.,<br>    Defendants. | Civil No. 1:CV-00-2143<br>Hon. Judge McClure, Jr.,<br>(Presiding)<br>Magistrate Blewitt |

FILED
WILLIAMSPORT, PA
JAN 2 2002
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

### PRO SE MOTION SUPPLEMENTATION FOR RECONSIDERATION FOR THE APPOINTMENT OF COUNSEL BASED UPON "NEWLY DISCOVERED EVIDENCE"

Plaintiff - John Charles Kenney, acting pro se files the instant "Supplementation-Motion" in response to Defendants' Opposition Brief, dated Dec. 21, 2001. Where Defendants attempt to oppose Kenney's recent Motion, dated Dec. 7, 2001, along with a declaration, and two medical injury assessment-sheets forwarded on Dec. 16, 2001, supporting the reconsideration for appointment of counsel. The medical-exhibits, dated Nov. 29, 2001 are "NEWLY DISCOVERED." This Motion is fully supported by a separately filed brief on Dec. 26, 2001. The factual contentions contained in the supplementation-brief, along with the recently submitted medical-exhibits on Dec. 16, 2001, supports the instant motion, and supporting br. of Dec. 26, 2001. Thus, all warranting an "imperative" need for appointment of counsel.

Respectfully submitted,

Dated: Dec. 27, 2001

Kenney # 05238-041
            pro se
Mr. John Charles Kenney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,         :  Civil No. 1:CV-00-2143
            Plaintiff,       :  Hon. Judge McClare, Jr.,
    v.                       :     (Presiding)
JAKE MENDEZ, Warden, et al., :  Magistrate Blewitt
            Defendants.      :

## CERTIFICATE OF SERVICE BY AN INCARCERATED LITIGANT

I, John Charles Kenney, plaintiff acting pro se hereby certify that on Thursday, December 27, 2001, I forwarded a true carbon-copy of a single-page "Supplementation-Motion." By placing said contents in a post paid first class, pre-addressed envelope and mailed it to the Defendants' Representatives below:

The Honorable Terz
U.S. Attorney's Office
Federal Building, Ste. 316
240 West Third Street
Williamsport PA 17701-6465

The "Supplementation-Motion For Appointment of Counsel" herein is fully supported by a separately filed Brief on Dec. 26, 2001, and recent medical sheets previously submitted to the Honorable Court and Defendants on Dec. 16, 2001.

Kenney #05238-041