1:00CV2143

(77)

KM
1/8/02

Refer:
McClure - Blewitt
(Scanning)

```
Wed Jan  2 14:16:11 2002

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.  333 86399
Cashier       rich

Tender Type  CHECK

Check Number: 2221 60589831

Transaction Type  AR

DØ Code   Div No    Acct
4667        3       0869PL

Amount          $    8.00

JOHN KENNEY 05238041 USP ALLENWOOD


PARTIAL FILING FEE 00-CV-2143




cn

Wed Jan  2 14:16:11 2002

Check No. 2221 60589831
Amount$      8.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 406.
```

| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|

R NAME: **CLERK OF COURTS**

VENDOR I.D. NUMBER: I05238041

Y NAME} **DEPT OF JUSTICE**
ILLING } **BUREAU OF PRISONS**
SS:     **600 E ST NW ROOM 4029**
        **WASH DC  20530**

U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS

| CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
|---|---|---|
| 2221-60589831 | $******8.00 | 12-26-01 |

2010540PLRA DOC 100-CV-02143
EENEY,JOHN 05238041
SP ALLENWOOD

AGENCY SCHEDULE NUMBER
0002S01221

OR INFO CALL 202-307-3052

AGENCY TELEPHONE NUMBER
202-307-3052

0869

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.