

MCC:JJT:mel:2001V00126

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,                          :
               Plaintiff                :
                                              :
               v.                       :  Civil No.  1:CV-00-2143
                                              :  (McClure, J.)
JAKE MENDEZ;                                  :  (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;                       :
JAMES "JIMMY" SCARBOROUGH; and                :
KELLY M. KEISER,                              :
               Defendants                :

FILED
WILLIAMSPORT, PA

JAN 2 8 2002

MARY E. D'ANDREA, CLERK
Per_____KF_____
             Deputy Clerk

## DEFENDANTS' MOTION FOR RELIEF
## FROM THE APRIL 13, 2001 ORDER

Pursuant to Rule 60(b)(6) of the Federal Rules of Civil

Procedure, defendants ask the Court for relief from Judge Rambo's

April 13, 2001, Order directing defendants not to remove

plaintiff from this jurisdiction until the captioned case is

terminated.  Defendants make this request in order that the

Bureau of Prisons may transfer plaintiff to an institution

outside the Middle District of Pennsylvania which meets his

security needs.

A brief in support of this motion has been filed in

accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

JOSEPH J. TERZ
Assistant U.S. Attorney
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA  17703

Date: January 28, 2002

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


JOHN CHARLES KENNEY,                          :
                    Plaintiff                 :
                                              :
              v.                              :   Civil No.   1:CV-00-2143
                                              :   (Rambo, J.)
JAKE MENDEZ;                                  :   (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;                       :
JAMES "JIMMY" SCARBOROUGH; and                :
KELLY M. KEISER,                              :
                    Defendants                :

### CERTIFICATE OF SERVICE

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

     That this 28th day of January 2002, she served a copy of the attached

### DEFENDANTS' MOTION FOR RELIEF
### FROM THE APRIL 13, 2001 ORDER

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887


                                        MICHELE E. LINCALIS
                                        Paralegal Specialist

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


JOHN CHARLES KENNEY,                       :
              Plaintiff                    :
                                           :
         v.                                :   Civil No.   1:CV-00-2143
                                           :   (McClure, J.)
JAKE MENDEZ;                               :   (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;                    :
JAMES "JIMMY" SCARBOROUGH; and             :
KELLY M. KEISER,                           :
              Defendants                   :


**O R D E R**

   **NOW**, this _____ day of _____, 2002, upon

consideration of defendants' motion for relief from Judge Rambo's

April 13, 2001, Order, **IT IS HEREBY ORDERED THAT** the motion is

granted.  The April 13, 2001, Order, insofar as it prohibits

plaintiff's removal from this jurisdiction, is hereby **VACATED**.


                          _____
                          THOMAS M. BLEWITT
                          United States Magistrate Judge