```
Tue Jan 22 14:03:29 2002

UNITED STATES DISTRICT COURT
    SCRANTON    , PA

Receipt No.   333 86667
Cashier       rich

Tender Type   CHECK

Check Number: 9727889

Transaction Type   AR

DO Code   Div No   Acct
4667      3        5100AL

Amount    $    4.00

JOHN C. KENNY   USP ALLENWOOD

PARTIAL FILING FEE - CV-00-2143
```

1:00CV2143
Refer McClure/Blewitt
orig       copy

85
KM
1/31/02

| | | |
|---|---|---|
| **NOTICE TO CHECK RECIPIENT** | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
| VENDOR NAME: CLERK OF COURTS | VENDOR I.D. NUMBER: | I05238041 |
| AGENCY NAME AND BILLING ADDRESS: DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| | CHECK NUMBER: 2221-09727889 | CHECK AMOUNT: $******4.00 | CHECK DATE: 01-17-02 |

22010679PLRA DOC NO 1 00-CV-02143
KENNEY,JOHN 05238041
USP ALLENWOOD

AGENCY SCHEDULE NUMBER: 0002S00116
AGENCY TELEPHONE NUMBER: 202-307-3052

FOR INFO CALL 202-307-3052

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.