IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,            Civil No. 1: CV-00-2143
           Plaintiff,            Hon. Judge McClure, Jr.,
    v.                           (Presiding)
JAKE MENDEZ, Warden, et al.,     (Magistrate Blewitt)
           Defendants.

PLAINTIFF'S MOTION IN OPPOSITION TO THE DEFENDANTS' SEEKING RELIEF FROM THE APRIL 13, 2001 ORDER

   PLAINTIFF, John Charles Kenney, pro se files the instant Motion in opposition to Defendants' motion, dated January 28, 2002. Defendants' motion indicates that they seek relief from a prior Order, dated April 13, 2001, at paragraph 3. Where this Court Ordered that, "[p]laintiff shall not be removed from this jurisdiction until the captioned action is terminated." (Rambo, J.). Because, this case is not terminated, neither is Kenney's other "two" cases pending within this jurisdiction. That, Kenney files this Motion in opposition.

   On this same day, Kenney also pursuant M.D. Pa. Local Rule 7.5. had filed a Brief, fully supporting this motion, along with "two" Exhibits in further support.

                                Respectfully submitted,
Dated: 2/4/02                   Kenney # 05238-041

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY,<br>    Plaintiff,<br>v.<br>JAKE MENDEZ, Warden, et al.,<br>    Defendants. | Civil No. 1:CV-00-2143<br>Hon. Judge McClure, Jr.,<br>     (Presiding)<br>(Magistrate Blewitt) |

## CERTIFICATE OF SERVICE BY AN INCARCERATED LITIGANT

I, John Charles Kenney, plaintiff, acting pro se hereby certify that on Monday, February 4, 2002, I forwarded a true carbon-copy of a single page "Opposition Motion," opposing defendants from seeking relief from a prior Order, dated April 13, 2001, at para no. 3. I placed said contents in a post paid first class, envelope, pre-addressed and mailed it to defendants' representative below:

The Honorable Terz
U.S. Attorney's Office
Federal Building, Ste. 316
240 West Third Street
Williamsport PA 17701-6465

Kenny #05238-041
_____
John Charles Kenney, pro se