IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff,

v.

JAKE MENDEZ, Warden, et al.,
    Defendants.

Civil No. 1:CV-00-2143

Hon. Judge McClure, Jr.,
(Presiding)
(Magistrate Blewitt)

FILED
WILLIAMSPORT, PA
FEB 8 2002
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## CORRECTION NOTICE

Please take "NOTICE OF CORRECTION." Plaintiff-Kenney on February 4, 2002, had filed a seven-page "Brief In-Support" of his Motion also dated 2/4/02. Kenney had filed in opposition to defendants' January 28, 2002, Motion, which indicates that they attempt to seek relief from a prior Order of this Hon. Court, dated April 13, 2001.

## CORRECTION

In Kenney's Supporting Brief, at Issues Presented. At the bottom of the (7) seven-issues. Kenney had "mistakenly" used the word affirmative for suggested answers. Instead of the word affirmative, it should be replaced with the word "NEGATIVE." Meaning No for suggested answers. As a result, Kenney hereby request this critical-correction be made and/or accepted by the Court. Kenney submits this notice of correction in good faith.

Respectfully submitted,

Kenney # 05238-041

Dated: 2/6/02

John Charles Kenney, pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,            : Civil No. 1: CV-00-2143
           Plaintiff,            : Hon. Judge McClure, Jr.,
       v.                        :     (Presiding)
JAKE MENDEZ, Warden, et al.,     : (Magistrate Blewitt)
           Defendants.           :
                                 : Correction Notice

CERTIFICATE OF SERVICE

AND NOW comes John Charles Kenney, Plaintiff, acting pro se, and certifies that a true copy of the foregoing "Correction Notice" has been served upon defendants' Representative below, by first-class mail, postage pre-paid.

The Honorable Terz
U.S. Attorney's Office
Federal Building, Ste. 316
240 West Third Street
Williamsport PA 17701-6465

Kenney # 05238-041
_____
John Charles Kenney, pro se
Register No. 05238-041
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000

Case No. 1:CV-00-2143

Wednesday, February 6, 2002

Dear, Ms. M.E. D'Andrea: ("Chief Deputy Clerk")
RE: John Charles Kenney v. Jake Mendez, Warden, et al.
In re: Pro Se Plaintiff's Notice Of Correction

Please find (enclosed) my "Notice Of Correction," along with certificates of service, and a single copy of a letter I had presented to defendants. All parties were served accordingly. The Correction Notice regards the Brief In Support that I had recently filed and submitted to the Court on 2/4/02. The letter to defendants, although self explanatory indicates "great" difficulties I am having in obtaining adequate scribe-materials. As a result, may I PLEASE request you to process this material accordingly. Thank you in advance.

RECEIVED
FEB 8 2002
James F. McClure Jr.
U.S. District Judge

Respectfully submitted,

Kenny #05238-041

FILED
WILLIAMSPORT, PA
FEB 8 2002
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Mr. John Charles Kenney, pro se
Register No. 05238-041
Allenwood USP
P.O. Box 3000
White Deer PA 17887-3000

Telephone: (570) 547-0963

Tuesday, February 5, 2002 p.m.

Dear, Hon. Terz: ("Assistant U.S. Attorney")
RE: John Charles Kenney v. Jake Mendez, Warden, et al.
In re: Plaintiff's Submission Of Exhibit-Attachs

Please find (enclosed) (2) two exhibit-attachments in support of my "Supporting Brief," dated 2/4/02. I apologize deeply for this one-day delay. As you know, I am having "great" difficulty in obtaining adequate scribe materials, i.e., 9½ x 12½ legal size envelopes, carbon-paper, writing-paper, and normal size ink-pens. As such, delays are to be expected, unless you and your office, or defendants decide to supply me with these needed materials. The end.

Respectfully submitted,

Kenney #05238-041

Mr. John Charles Kenney

cc: Hon. Judge McClure, Jr.
U.S. Dist. Court Judge
Federal Building, Ste. 218
U.S. Dist. Courthouse
240 West Third Street
Williamsport PA 17701-6460