1:00-CV-2143

90
m
2/12/02

```
Mon Feb 11 12:06:07 2002

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.    333 86894
Cashier        tanya

Tender Type  CHECK

Check Number:  2221 60950872

Transaction Type  AR

DB Code   Div No    Acct
4667       3        086391

Amount              $   2.00

USP ALLENWOOD JOHN KENNEY 5238041

PARTIAL FILING FEE 00-CV-2143
```

FILED
SCRANTON

FEB 11 2002

REFER
Blewitt

| | NOTICE TO CHECK RECIPIENT | TREASURY FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: | CLERK OF COURTS | VENDOR I.D. NUMBER: | I05238041 |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| | | CHECK NUMBER: 2221-60950872 | CHECK AMOUNT: $******2.00 | CHECK DATE: 02-08-02 |

22010814PLRA DOC 1 00-CV-02143
KENNEY,JOHN 05238041
USP ALLENWOOD

FOR INFO CALL 202-307-3052

AGENCY SCHEDULE NUMBER
0002S00207
AGENCY TELEPHONE NUMBER
202-307-3052

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.