MCC:JJT:mel:2001V00126

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,        :
      Plaintiff         :
                            :
    v.                    :   Civil No. 1:CV-00-2143
                            :   (McClure, J.)
JAKE MENDEZ;                :   (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;     :
JAMES "JIMMY" SCARBOROUGH; and :
KELLY M. KEISER,            :
      Defendants        :

FILED
WILLIAMSPORT, PA

FEB 1 5 2002

MARY E. D'ANDREA, CLERK
Per _____ KF _____
    Deputy Clerk

**DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS**

Defendants move this Court for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                              Respectfully submitted,

                              MARTIN C. CARLSON
                              United States Attorney

                              JOSEPH J. TERZ
                              Assistant U.S. Attorney
                              MICHELE E. LINCALIS
                              Paralegal Specialist
                              316 Federal Building
                              240 West Third Street
Date: February 15, 2002      Williamsport, PA 17703

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
      Plaintiff

    v.       Civil No.  1:CV-00-2143
      (McClure, J.)
JAKE MENDEZ;     (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
      Defendants

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 15 day of February 2002, she served a copy of the attached

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887

_Michele E. Lincalis_
MICHELE E. LINCALIS
Paralegal Specialist

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,          :
    Plaintiff                 :
                              :
    v.                        :   Civil No.  1:CV-00-2143
                              :   (McClure, J.)
JAKE MENDEZ;                  :   (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;       :
JAMES "JIMMY" SCARBOROUGH; and :
KELLY M. KEISER,              :
    Defendants                :

### O R D E R

NOW, this _____ day of _____, 2002, upon consideration of defendants' motion for judgment on the pleadings, **IT IS HEREBY ORDERED THAT** the motion is granted with a certification that any appeal shall be deemed frivolous, lacking in probable cause and not taken in good faith.

                                                 _____
                                               JAMES F. McCLURE, JR.
                                               United States District Judge