IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


92
2/20/02
KF

JOHN CHARLES KENNEY,   :   Civil No. 1:CV-00-2143
        Plaintiff,      :   Hon. Judge McClure, Jr.
  v.                    :   (Presiding)
JAKE MENDEZ, Warden, et al.,   :   (Magistrate Blewitt)
        Defendants.     :

FILED
WILLIAMSPORT
FEB 14 2002
PER _____
DEPUTY CLERK

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

PLAINTIFF - John Charles Kenney, pro se in the above captioned action hereby files the instant Motion seeking an "extension of time." Kenney seeks a (20) twenty-day extension in order to respond to case management Order(s), regarding discovery, and dispositive motions. Kenney seeks this extension from a previous Order, dated Oct. 4, 2001. It is intrinsically beyond Kenney's pro se ability to complete, or meet such deadlines from his ISOLATION-CELL. Alternatively, Kenney has no choice, but to seek an extension, especially where he is "forced" to proceed Pro Se. As a result, Kenney seeks this 20-day extension in "good faith."

WHEREFORE, based upon the above stated facts this Court should consider granting Kenney an extension.

Respectfully submitted,

Dated: 2/12/02

Kenney #05238-0?1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,  : Civil No. 1:CV-00-2143
                Plaintiff,  : Hon. Judge McClure, Jr.
        v.                  : (Presiding)
JAKE MENDEZ, Warden, et al., : (Magistrate Blewitt)
                Defendants. :
                            : Extension of Time Motion

## CERTIFICATE OF SERVICE

AND NOW comes John Charles Kenney, plaintiff certifies that a copy of the foregoing "Extension Of Time Motion" has been served upon defendants' Representative below, by first-class mail, postage pre-paid on Tuesday, February 12, 2002:

Honorable Terz
U.S. Attorney's Office
Federal Building, Ste. 316
240 West Third Street
Williamsport PA 17701-6465

Kenney #05238-091
_____
John Charles Kenney, pro se