IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,           Civil No. 1:CV-00-2143
              Plaintiff,        Hon. Judge McClure, Jr.,
   v.                                  (Presiding)
JAKE MENDEZ, Warden, et al.,    (Magistrate Blewitt)
              Defendants.

FILED WILLIAMSPORT FEB 22 2002 PER __ DEPUTY CLERK

## PLAINTIFF'S MOTION TO DEMAND JURY TRIAL PURSUANT TO 28 USC 3901(b)

The Plaintiff - John Charles Kenney, acting *pro se* in the above captioned action hereby files the instant motion pursuant to Federal R. Civ. P. 28 USC 3901(b), respectfully move this Honorable Court to conduct a civil trial by jury. Accordingly, a detailed brief in full support of this motion will follow. That the supporting-brief filed separately is compliant to M.D. Pa. Local Rule 7.5.

No concurrence was sought of defendants by Kenney, due to his capacity of *pro se*. See M.D. Pa. Local Rule 7.1.

                          Respectfully submitted,

                          Kenney #05238-041
Dated: 2/20/02            _____
                          Mr. John Charles Kenney, *pro se*
                          Register No. 05238-041
                          Allenwood USP
                          P.O. Box 3000
                          White Deer PA 17887-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY,<br>  Plaintiff,<br>v.<br>JAKE MENDEZ, Warden, et al.,<br>  Defendants. | Civil No. 1:CV-00-2143<br>Hon. Judge McClure, Jr.,<br>(Presiding)<br>(Magistrate Blewitt)<br><br>~~Motion Demand~~ For<br>A Jury Trial |

## CERTIFICATE OF SERVICE/PROSE

AND NOW comes John Charles Kenney, Plaintiff Pro Se, and certifies that a true carbon-copy of the foregoing "Motion Demand For Jury Trial" has been served upon defendants' representative below. On this Wednesday, February 20, 2002, by first-class mail, postage pre-paid.

Addressee:

The Honorable Terz
Federal Building, Ste 316
U.S. Attorney's Office
240 West Third Street
Williamsport PA 17701-6465

Kenney #05238-041
_____
John Charles Kenney, Pro Se