UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
    Plaintiff

v.

JAKE MENDEZ;
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
    Defendants

Civil No. 1:CV-00-2143
(McClure, J.)
(Blewitt, M.J.)

FILED
WILLIAMSPORT
MAR 0 4 2002
PER _____
DEPUTY CLERK

ORDER

NOW, this 4th day of March, 2002, upon consideration of defendants' motion for relief from Judge Rambo's April 13, 2001, Order, **IT IS HEREBY ORDERED THAT** the motion is granted. The April 13, 2001, Order, insofar as it prohibits plaintiff's removal from this jurisdiction, is hereby **VACATED**.

_____
THOMAS M. BLEWITT
United States Magistrate Judge
District