ORIGINAL

MCC:JJT:mel:2001V00126

FILED
WILLIAMSPORT, PA

MAR 0 4 2002

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
        Plaintiff

        v.                                  Civil No.  1:CV-00-2143
                                        (McClure, J.)
JAKE MENDEZ;                            (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
        Defendants

**EXHIBIT TO DEFENDANTS' BRIEF IN SUPPORT OF THEIR
<u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

MARTIN C. CARLSON
United States Attorney

JOSEPH J. TERZ
Assistant U.S. Attorney
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA  17703

Date:  March 4, 2002

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHARLES KENNEY, | : | CIVIL ACTION NO. 1:CV-00-2143 |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Blewitt) |
| JAKE MENDEZ, Warden et al., | : | |
| Defendants | : | |

### DECLARATION OF S. ALBERT-BLOSSER

I, S. Albert-Blosser, do declare and state as follows:

1. I am a Paralegal Specialist at the United States Department of Justice, Federal Bureau of Prisons (BOP), Federal Correctional Complex, Allenwood, Pennsylvania. I have been employed with the BOP since September 1997. I have worked as a Paralegal Specialist since April 2001. As a result of my position, I have access to Bureau of Prisons' files, including computer files maintained in the ordinary course of business on inmates incarcerated at FCC-Allenwood.

2. I have reviewed the Bivens complaint filed by the Plaintiff, inmate John Kenney, Federal Register Number 05238-041, in which he seeks compensatory damages for alleged injuries he incurred while allegedly being assaulted by staff.

3. The Bureau of Prisons has established an administrative remedy procedure through which an inmate can seek formal review of any complaint regarding any aspect of his imprisonment, if less formal procedures do not resolve the matter, pursuant to 28 C.F.R. §542.13.

4. In order to exhaust appeals under the Administrative Remedy Procedure for inmates, an inmate must first raise his/her complaint to their unit team through an Informal Resolution Attempt. If the concern is not informally resolved, the inmate may file an appeal to the Warden of the institution where he is confined. He may then further appeal an adverse decision to the Regional Director and Central Office of the Federal Bureau of Prisons. See 28 C.F.R. § 542, et seq. No administrative remedy appeal is considered to have been finally exhausted until it has been denied by the Bureau of Prisons' Central Office.

5. In the ordinary course of business, computerized indexes of all formal administrative appeals filed by inmates are maintained by the Institution, Regional and Central Offices so that rapid verification may be made as to whether an inmate has exhausted administrative appeals on a particular issue. Informal resolution attempts are not retained by a computerized index.

6. On February 6, 2002, I conducted a search of the records to determine whether or not the Plaintiff had exhausted available administrative remedies regarding the issue he raised in his Complaint. This review has revealed that the Plaintiff has **not** exhausted available administrative remedies for the issue that he has raised in his Complaint. I have attached the Sentry transaction sheet for the Plaintiff's administrative remedies as Attachment 1 to this Declaration.

7. Specifically, the Plaintiff has filed a total of 31 administrative remedies, three of which are related to an assault by a staff member.

8. Sentry computer records indicate that the Plaintiff filed a BP-9 (administrative remedy number 224261-F1) regarding an assault by a staff member, which was received on October 13, 2000. The record further indicates that this administrative remedy was rejected on the same date for being untimely. (See Attachment 1).

9. As the Sentry computer records indicate, the Plaintiff filed a second and third administrative remedy request, a BP-10 (administrative remedy number 224261-R1) and a BP-11 (administrative remedy number 224261-A1) in an attempt to

exhaust his administrative remedies regarding the issue in his Complaint. However, these two remedies were also rejected as being untimely.

10. In sum, the Plaintiff **has not exhausted** the administrative remedy process regarding the issue he raises in his Complaint.

I certify that the documents attached to this declaration are true and correct copies of documents kept in the ordinary course of business by the Federal Bureau of Prisons. I further declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.

_____          _2/6/02_____
S. Albert-Blosser                         Date
Paralegal Specialist
FCC-Allenwood

**Kenney v. Mendez, et al.**
**1:CV-00-2143**
Albert-Blosser Declaration

# ATTACHMENT #1

```
     ALFLJ              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-06-2002
    PAGE 001 OF                                                              13:45:40
        FUNCTION: L-P SCOPE: REG    EQ 05238-041       OUTPUT FORMAT: SINGLE
    --------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
    DT RCV: FROM _____   THRU _____    DT STS: FROM _____  THRU _____
    DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
    DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
    STS/REAS:  _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
    SUBJECTS:  _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
    EXTENDED: _ REMEDY LEVEL: _ _         RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
    RCV  OFC : EQ _____ _____ _____ _____ _____ _____
    TRACK:  DEPT: _____ _____ _____ _____ _____ _____
          PERSON: _____ _____ _____ _____ _____ _____
            TYPE: ___   ___   ___   ___   ___   ___
    EVNT FACL: EQ _____ _____ _____ _____ _____ _____
    RCV FACL.: EQ _____ _____ _____ _____ _____ _____
    RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
    RCV QTR..: EQ _____ _____ _____ _____ _____ _____
    ORIG FACL: EQ _____ _____ _____ _____ _____ _____
    ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
    ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




    G0002        MORE PAGES TO FOLLOW . . .
```

```
ALFLJ              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-06-2002
PAGE 002 OF 002 *              SINGLE LINE FORMAT                *    13:45:40

                         REGISTER              ORIG  DATE                STATUS
REMEDY-ID   LAST NAME    NUMBER    SUBJ1 SUBJ2 FACL  RCV         STATUS  DATE

94392-F1    KENNEY       05238-041 33AM        LOM   09-25-1995  CLD     09-27-1995
94715-R1    KENNEY       05238-041 20DM        LOM   09-25-1995  REJ     09-28-1995
94392-R1    KENNEY       05238-041 33AM        LOM   10-16-1995  CLD     11-01-1995
110268-F1   KENNEY       05238-041 33ZM        LOM   05-23-1996  CLD     06-05-1996
110268-R1   KENNEY       05238-041 33ZM        LOM   06-12-1996  CLD     06-17-1996
112015-R1   KENNEY       05238-041 21AM  10ZM  LOM   06-18-1996  REJ     06-18-1996
112836-F1   KENNEY       05238-041 21AM              06-30-1996  VOD     06-30-1996
112837-F1   KENNEY       05238-041 21AM        LOM   06-30-1996  CLG     07-15-1996
112970-F1   KENNEY       05238-041 21AM        LOM   07-01-1996  REJ     07-02-1996
110268-A1   KENNEY       05238-041 33ZM        LOM   07-01-1996  CLD     07-29-1996
120830-F1   KENNEY       05238-041 10CM        LOM   10-27-1996  CLD     11-01-1996
120830-R1   KENNEY       05238-041 10CM        LOM   11-12-1996  CLD     11-21-1996
120830-A1   KENNEY       05238-041 10CM        LOM   12-05-1996  CLD     12-19-1996
129365-F1   KENNEY       05238-041 13AM        LOM   03-04-1997  CLO     03-16-1997
144374-R1   KENNEY       05238-041 34ZM        LOM   10-14-1997  REJ     10-14-1997
177896-R1   KENNEY       05238-041 10ZM        ALP   01-21-1999  REJ     01-25-1999
178233-F1   KENNEY       05238-041 13HM        ALP   01-27-1999  CLD     02-04-1999
178233-R1   KENNEY       05238-041 13HM        ALP   02-18-1999  CLD     03-17-1999
178233-A1   KENNEY       05238-041 13HM        ALP   04-13-1999  REJ     04-13-1999
178233-A2   KENNEY       05238-041 13HM  34ZM  ALP   04-30-1999  CLD     06-23-1999
224261-F1   KENNEY       05238-041 34DS        ALP   10-13-2000  REJ     10-13-2000
224261-R1   KENNEY       05238-041 34DS        ALP   10-24-2000  REJ     10-25-2000
224261-A1   KENNEY       05238-041 34DS        ALP   11-13-2000  REJ     11-13-2000
232104-F1   KENNEY       05238-041 34BM        SPG   01-31-2001  CLO     02-09-2001
233400-F1   KENNEY       05238-041 13HM        SPG   02-21-2001  REJ     02-21-2001
233400-F2   KENNEY       05238-041 13HM        SPG   02-28-2001  CLD     03-15-2001
247494-F1   KENNEY       05238-041 10ZS        ALP   08-24-2001  CLD     09-05-2001
247494-R1   KENNEY       05238-041 10ZS        ALP   09-25-2001  CLD     10-24-2001
255802-F1   KENNEY       05238-041 34AS        ALP   12-12-2001  CLD     12-26-2001
247494-A1   KENNEY       05238-041 10ZS        ALP   01-16-2002  CLD     01-28-2002
258738-R1   KENNEY       05238-041 34ZS  22ZS  ALP   01-24-2002  REJ     01-25-2002


              31 REMEDY SUBMISSION(S) SELECTED
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
      Plaintiff

v.                                 Civil No. 1:CV-00-2143
                                   (McClure, J.)
JAKE MENDEZ;                 (Blewitt, M.J.)
JESUS "JESSE" GONZALEZ;
JAMES "JIMMY" SCARBOROUGH; and
KELLY M. KEISER,
      Defendants

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 4th day of March 2002, she served a copy of the attached

### EXHIBIT TO DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

ADDRESSEE:

John Charles Kenney
Reg. No. 05238-041
U.S. Penitentiary
P.O. Box 3000
White Deer, PA 17887

*Michele E. Lincalis*
MICHELE E. LINCALIS
Paralegal Specialist