IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHARLES KENNEY, | : | CIVIL ACTION NO. 1:CV-00-2143 |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Blewitt) |
| JAKE MENDEZ, Warden, et al., | : | |
| Defendants | : | |

### ORDER

AND NOW, this 8th day of **March, 2002, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for an Extension of Time **(Doc. 92)** is **GRANTED** insomuch as Plaintiff will be afforded until **March 27, 2002,** to respond to Defendants' motion for judgment on the pleadings and to file any dispositive motions he deems fit.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: March ___, 2002

FILED
SCRANTON

MAR 0 8 2002

PER _____
     DEPUTY CLERK