

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY, <br> Plaintiff, <br> v. <br> JAKE MENDEZ, Warden, et al., <br> Defendants. | Case No. 1:CV-00-2143 <br> Hon. Judge McClure, Jr., <br> (Presiding) <br> (Magistrate Blewitt) |

### PRO SE PLAINTIFF'S OPPOSITION MOTION TO DEFENDANTS' JUDGMENT ON THE PLEADINGS

Plaintiff - John Charles Kenney, acting pro se in the above captioned civil action hereby files the instant "Opposition-Motion". Defendants on February 15, 2002, filed a motion, moving for judgment on the pleadings. As a result, Kenney files the instant motion by opposing. A detailed brief in support of this motion pursuant to M.D. Pa. Local Rule 7.5 will be filed accordingly.

Additionally, no concurrence was sought of defendants, due to Kenney's pro se status. See M.D. Pa. Local Rule 7.1.

Respectfully submitted,

Dated: 3/11/02

Kenney #05238-041

Mr. John Charles Kenney, pro se
Register No. 05238-041

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON MAR 11 2002 PER _____ DEPUTY CLERK

| | |
|---|---|
| JOHN CHARLES KENNEY, Plaintiff, | Case No. 1:CV-00-2143 |
| v. | Hon. Judge McClure, Jr., (Presiding) |
| JAKE MENDEZ, Warden, et al., Defendants. | (Magistrate Blewitt) |
| | OPPOSITION-MOTION JUDGMENT OF PLEADINGS |

## CERTIFICATE OF SERVICE / PRO SE

AND NOW comes John Charles Kenney, Plaintiff, pro se certifies that a true carbon copy of the foregoing "Opposition Motion To Defendants' Judgment On The Pleadings," has been served upon the Defendants' Representative below on Monday, March 11, 2002, by first-class mail, postage prepaid.

Addressee:

THE Honorable Terz
U.S. Attorney's Office
Federal Building, Ste 316
240 West Third Street
Williamsport PA 17701-6465

Kenney #05238-041

John Charles Kenney, pro se
Register No. 05238-041