102
P&O
3/12/02

```
Mon Mar 11 16:03:10 2002

UNITED STATES DISTRICT COURT
SCRANTON    , PA

Receipt No.   333 87269
Cashier       rich

Tender Type   CHECK

Check Number: 2221 10138980

Transaction Type  AR

DB Code   Div No    Acct
4667       3        0869PL

Amount            $    8.00

JOHN KENNEY    USP ALLENWOOD

PARTIAL FILING FEE - CV-00-2143
```

1:00-CV-2143

**FILED
SCRANTON**

MAR 12 2002

PER _____
   DEPUTY CLERK