106
99
4-8-02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,          No. 1:CV-00-2143
          Plaintiff,
                              Hon. Judge McClure, Jr.
     v.                       (Presiding)
                              FILED
JAKE MENDEZ, Warden, et al.,  WILLIAMSPORT
          Defendants.
                              APR 04 2002
                              PER _____ DEPUTY CLERK

NOTICE TO THE COURT

Please take "Notice" that Plaintiff, John Charles Kenney, acting pro se in the above captioned case has been transferred out of the jurisdiction on Monday, March 24, 2002. That, Kenney is currently in transit status, excluding his case file. As a result, Kenney was unable to respond to the 3-27-02

## "STAY" MOTION

deadline. Therefore, Kenney has no other alternative, but to seek a 90 to 120 day stay, due to this government impediment, where he is stymied by the transfer. Kenney's court papers regarding the instant case file are transferred "separately", thus, Kenney is currently being kept in isolation-segregation, absent reason. Based upon the foregoing the Court should consider granting Kenney a stay of 90 to 120 days, or until he reaches his destination,

2

"stay"

cont'd
<u>MOTION</u>
and receives his case file containing the instant case.

Respectfully submitted,

Kenney #05238-041

Mr. John Charles Kenney
Register No. 05238-041
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK
        73189-8801

Note: address above is only "temporary!"

3