```
Fri Apr 12 14:25:30 2002

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.   333 87650
Cashier       rich

Tender Type   CHECK

Check Number: 61454900

Transaction Type   AR

DO Code    Div No    Acct
4667       3         0869PL

Amount             $    14.00

JOHN C. KENNEY    USP ALLENWOOD

PARTIAL FILING FEE - CV00-2143
```

1:00CV 2143
Refer - Blewitt

(108)
KM
4/16/02

| | |
|---|---|
| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE    TFS FORM 3039 (Rev.) |

VENDOR NAME: **CLERK OF COURTS**
VENDOR I.D. NUMBER: **I05238041**

AGENCY NAME AND BILLING ADDRESS: DEPT OF JUSTICE / BUREAU OF PRISONS / 600 E ST NW ROOM 4029 / WASH DC 20530

U.S. TREASURY REG. FINANCIAL CENTER: **AUSTIN, TEXAS**

| CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
|---|---|---|
| 2221-61454900 | $*****14.00 | 04-08-02 |

22011305PLRA DOC NO 1:00-CV-02143
KENNEY,JOHN 05238041
USP ALLENWOOD

FOR INFO CALL 202-307-3052

AGENCY SCHEDULE NUMBER: 0002S00405
AGENCY TELEPHONE NUMBER: 202-307-3052

**NON NEGOTIABLE**

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.