



U.S. Department of Justice

Federal Bureau of Prisons

*Consolidated Legal Center - Allenwood*

P.O. Box 1500
White Deer, PA 17887

April 11, 2002

Mary E. D'Andrea, District Clerk
United States District Court
for the Middle District of Pennsylvania
ATTN: Nancy Edmonds, Financial Specialist
P O Box 1148
Scranton, PA 18501-1148

    Re:  KENNEY, John - Reg. No. 05238-041
        1:00-CV-02143

Dear Ms. Edmonds:

I have been informed that the above-referenced inmate has been transferred from the United States Penitentiary (USP), Allenwood, Pennsylvania, the United States Penitentiary (USP), Pollock, Louisiana. A complete copy of inmate Kenney's PLRA materials were sent to USP Pollock.

Your point of contact at the USP Pollock will be Judy Luke, Legal Secretary. The address is as follows:

    United States Penitentiary      (318) 561-5380
    P O Box 1000
    Pollock, LA 71467

If I may be of further assistance, please do not hesitate to contact me at (570) 547-1990, extension 4119.

                        Sincerely,

                        Michelle Mertz
                        Legal Assistant

cc:  Judy Luke, Legal Secretary, USP Pollock

FILED

APR 1 5 2002