IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHARLES KENNEY,
  Plaintiff,
  v.
JAKE MENDEZ, Warden, et al.,
  Defendants.

NO. 1:CV-00-2143

Hon. McClure Jr.,
(Presiding)

Magistrate Blewitt

COPY (110)

## PLAINTIFF'S CHANGE OF ADDRESS MOTION

PLAINTIFF- John Charles Kenney, acting pro se in the above captioned action files the instant "Change Of Address Motion." Kenney respectfully moves for this Honorable Court to correct his address in order to reflect his current address below:

> Mr. John Charles Kenney
> Register No. 05238-041
> USP-Pollock
> P.O. Box 2099
> Pollock, Louisiana 71467

As a result, Kenney respectfully request the Court to issue an Order, ordering the Clerk to correct his address to that above.

WHEREFORE, based upon the above, Plaintiff's motion should be granted.

Respectfully submitted,

Dated: 4/14/02

Kenney # 05238-041

FILED
SCRANTON
APR 19 2002
PER ___km___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(110)

JOHN CHARLES KENNEY,           : No. 1:CV-00-2143
          Plaintiff,           : Hon. Judge McClure, Jr.
     v.                        : (Presiding)
JAKE MENDEZ, Warden, et al.,   : Magistrate Blewitt
          Defendants.          :

## CERTIFICATE OF SERVICE DECLARATION

I, John Charles Kenney, plaintiff hereby certify by declaration that on Sunday, April 14, 2002, I forwarded to the Court ONLY, a "Change Of Address Motion." I was unable to make copies of this motion, due to me being continuously kept and/or held in isolation-segregation. That, photo-copies, carbon-paper, ink pens, and paper is "substantially" limited to me. Therefore, I was unable to forward a copy of said motion to the defendants. I was also unable to provide additional copies to the Court.

Lastly, I hereby submit the above to the best of my knowledge and/or belief pursuant to the provisions of 28 USC 1746.

FILED SCRANTON
APR 19 2002
PER KM
DEPUTY CLERK

Correction:
I have no access to photo-copies, ink pens, or carbon-paper. At this time.

Kenney #05238-041
John Charles Kenney, pro se
Register No. 05238-041