"Under Seal Document" 1:cv-00-2143

(111)

COPY

Sunday, April 14, 2002 p.m.

Dear, Hon. Judge Blewitt: ("Chief U.S. Magistrate")
 RE: John Charles Kenney v. Jake Mendez, Warden, et al.
 Recently while I was enroute here at ("FTC")
Federal Transit Center, located in Oklahoma,
Oklahoma City. I had sought a stay of (90)
ninety-days to (120) one-hundred and twenty-days.
In light of me being transferred, due to me
not having access to my (Cf.) case file regarding
the above referenced case. (My case file pertaining
to the above case was shipped separately, yet I have
not received it.). Once, I receive it I will
notify the Court immediately. Recently this Hono-
rable Court had granted me an extension to respond
to case dispositive motions, and for me to file motions,
as I deem fit. However, the extension was "stymied"
by me being transferred. Therefore, I was unable
to complete responses to defendants' op motions.
As a result, and due to these extenuating circumstances
that were out of my control. That, I either
seek a stay, or an additional extension. Note:
Please take notice that, I am being held in
isolation-segregation, even though, I have been
transferred out of the jurisdiction. That an
extension or stay of 90 to 120 days is "wholly"
justifiable. Consequently, I am unable to
determine if I am being retaliated for redress.
Lastly, once I receive my personal-property
containing my case file, and I am released from isolation
I will notify the Court immediately.

FILED
SCRANTON
APR 19 2002

#0588-041
Kenney