

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY,<br>    Plaintiff, | Civil Action No. 1:CV-00-2143 |
| v. | Honorable Judge McClure, Jr.<br>    Presiding |
| JAKE MENDEZ, Warden, et. al,<br>    Defendants. | Honorable Judge Blewitt<br>    Magistrate |

### PRO SE PLAINTIFF'S CHANGE OF ADDRESS AND NOTICE

Plaintiff-John Charles Kenney, acting pro se in the above captioned civil action hereby gives "NOTICE" of his change of address below:

    Mr. John Charles Kenney
    Register No. 05238-041
    USP-Pollock
    P.O. Box 2099
    Pollock LA 71467-2099

FILED
SCRANTON

MAY 21 2002

PER _____ /s/ _____
DEPUTY CLERK

Kenney also advises this Honorable Court that, he requires a temporary stay in the proceedings, until he is able to get situated at his current place of confinement, because he has not, yet obtained his personal-property, which contains his (the instant-case-file), and that Kenney is still experiencing adjustments to his "NEW" place of confinement. As a result, Kenney has no other alternative, but to request a 60-day stay, until he is able to get situated at his current place of confinement. Once, Kenney is situated, he will "immediately" notify this Honorable and the defendants involved this case.

Respectfully submitted,

Dated: 5/14/02

/s/ Kenney
KENNEY #05238-041/PRO SE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHARLES KENNEY,<br>   PLaintiff, | ) <br> ) <br> ) | Civil Action No. 1:CV-2143 |
| | ) <br> ) | Honorable Judge McClure, Jr. |
| v. | ) <br> ) <br> ) | Presiding |
| | ) | |
| JAKE MENDEZ, Warden, et. al.,<br>   Defendants. | ) <br> ) <br> ) <br> ) | Honorable Judge Blewitt <br> Magistrate |
| | ) <br> ) <br> ) | PRO SE PLAINTIFF'S CHANGE OF<br> ADDRESS AND NOTICE |

### CERTIFICATE OF SERVICE

AND NOW COMES PLAINTIFF-John Charles Kenney, acting pro se in the above captioned action hereby certifies that on this Teusday, May 14, 2002, has forwarded a true copy of his "Change Of Address And Notice" to the Defendant's Representative below by placing said contents in a post-paid, pre-addressed envelope, first class postage, and mailed directly to the party below:

The Honorable Terz
Assistant U.S. Attorney
Federal Building, Ste. 316
U.S. District Courthouse
240 West Third Street
Williamsport PA 17701

_____
John Charles Kenney/pro se