(113)
6-4-02
RW

FILED
HARRISBURG, PA

May 30, 20002

JUN 0 3 2002

MARY E. D'ANDREA, CLERK
Per_____

Dear, Ms. M.E. D'Andrea:        ("Chief Deputy Clerk")

RE: John Charles Kenney v. Jake Mendez, Warden, et. at.
In re: Pro Se Plaintiff's Request For Court Forms

Please let me introduce myself my name is, John Charles Kenney. Register No. 05238-041. I am a federal prisoner currently incarcerated here at U.S. Penitentiary Pollock, located in Pollock, Louisiana. (Recently transferred from the middle district of PA). I arrived here on April 3, 2002. In addition, I have pending litigation (civil action) before the Court. Please see, <u>John Charles Kenney v. Jake Mendez, Warden, et. al.</u>, Case No. 1:00-CV-2143 (M.D. Pa.). Previously, I filed a motion and supporting brief for want or demanding a civil jury trial. As a result, I am requesting from you and your office a 28 U.S.C. 2241 formal application, or a writ of habeas corpus pursuant to ad testificandum application pursuant to 28 U.S.C. 2241(c)(5). It is imperative that I request such form(s) from you and your office in order for me to complete my recently filed motion and brief pertaining to that above.

Please be advised that your cooperation regarding this request, will be deeply appreciated. Thank you in advance.

Respectfully requested,

*(signature)* Kenney

**Note:** Its not necessary for me to forward a copy of this to opposing counsel, because this is **ONLY** a request for applications from your office. Again, thank you.

KENNEY #05238-041/PRO SE
USP-Pollock
P.O. Box 2099
Pollock LA 71467-2099

cc: jck

Mr. John C. Kenney
#05238-041
United States Penitentiary, Pollock
P.O. Box 2099
Pollock LA 71467-2099

FILED
HARRISBURG, PA

JUN 03 2002

MARY E. D'ANDREA, CLERK
Per _____

c/o Ms. Mary E. D'Andrea
Chief Deputy Clerk's Office
Federal Building
U.S. District Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg PA 17108-0983

LEGAL MAIL