1:00CV2143 

May 28, 2002

Dear, Ms. M.E. D'Andrea:       ("Chief Deputy Clerk's Office")
    RE: John Charles Kenney v. Jake Mendez, Warden, et. al.
    In re: Pro Se Plaintiff's Request For Court Forms

    I am John C. Kenney, a <u>pro se</u> plaintiff whom has pending civil litigation before this Court. See <u>John Charles Kenney v. Jake Mendez, Warden, et. al.</u>, Case No. 1:CV-00-2143 (M.D. Pa.). As a result, I am requesting from this Court formal forms pursuant to Title 28 USC 2241, or habeas corpus, ad testificandum forms pursuant to Title 28 USC 2241(c)(5). My reasons for requesting such forms is, because recently I have been transferred from the jurisdiction, that my current place of confinement has different forms from that of the Middle District. For procedural purposes, I am requesting the appropriate forms from this Court where I have pending civil litigation. These forms requested are imperative to a recent motion and brief which I already filed in this Court. Thank you, so much for your cooperation regarding this request.

Respectfully requested,

*[signature]*

KENNEY #05238-041/PRO SE

cc: jck

FILED
SCRANTON

JUN 0 3 2002

PER _____
DEPUTY CLERK