**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHARLES KENNEY, | : | CIVIL ACTION NO. **1:CV-00-2143** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Blewitt) |
| JAKE MENDEZ, Warden, et al., | : | |
| Defendants | : | |

### ORDER

AND NOW, this ⁿ⁷ day of **June, 2002, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Stay **(Doc. 106)** is **DENIED** for the reasons stated in Defendants' brief in opposition. (Doc 115).

_____
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: June 17, 2002

FILED
SCRANTON
JUN 17 2002
PER _____ DEPUTY CLERK