( Help me )

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

122

JOHN CHARLES KENNEY,
                    Plaintiff,

        V.

JAKE MENDEZ, Warden, et al.,
                    Defendants.

Case No. 1:CV-00-2143

Magistrate Blewitt

FILED
SCRANTON

JUL 2 9 2002

PER _____
        DEPUTY CLERK

Plaintiff's Emergency Notice OF
Retaliation  7/26/02

        Plaintiff, John Charles Kenney, pri se
hereby gives "emergency" notice to the Court
that he is being "RETALIATED" upon by
the Defendants. Defendants are Attempting
to place Kenney in segregation and in
restraints for redress. Therefore, Kenney
is unable to respond or participate in
this case, until defendants stop retaliating
Against him. Kenney moves for an "emergency"
stay.

                                Keny #05238-04/