(124)
Km

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ORDER**

August 7, 2002

FILED
WILLIAMSPORT, PA

AUG  7 2002

MARY E. D'ANDREA, CLERK
PER _____ Km
DEPUTY CLERK

**IT IS ORDERED THAT:**

The clerk is directed to reassign the cases on the attached list to the

Honorable John E. Jones, III.

_____
James F. McClure, Jr.
United States District Judge

**Prisoner Cases**

| | |
|---|---|
| 4:CV-00-1548 | Williams v. Gillis |
| ✓1:CV-00-2143 | Kenney v. Mendez |
| 4:CV-01-0222 | Alaeddine v. Reno |
| 4:CV-01-0288 | DeJesus v. Miner |
| 4:CV-01-0699 | Lindsey v. SCI-Coal Township |
| 4:CV-01-0777 | Smith v. DeRose |
| 4:CV-01-1058 | Still v. Klem, et al. |
| 4:CV-01-1407 | Caballero v. Meyers |
| 4:CV-01-1619 | Campbell v. Wetherbee, et al. |
| 4:CV-01-1620 | Chen v. INS |
| 4:CV-01-1644 | Walker v Zenk |
| 4:CV-01-1824 | Washington v. Chesney |
| 4:CV-01-2146 | Miller v. Warden USP Allenwood |
| 4:CV-01-2170 | Blackman v. USA |
| 4:CV-01-2287 | Still v. PA Dept. of Corrections |
| 4:CV-02-0077 | Drayton v. Kyle |
| 4:CV-02-0272 | White v Sutliff |
| 4:CV-02-0322 | Walker v. Zenk |