FILED
WILLIAMSPORT, PA

AUG 2 3 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

August 19, 2002

**Civil No. 1:CV-00-2143**

Dear, Honorable Judge J.E. Jones, III:   ("U.S. District Court Judge")

   RE: John Charles Kenney v. Jake Mendez, Warden, et. al.
   In re: Plaintiff's Introductory For Appointment Of Counsel

   Your Honor congratulations and welcome to Williamsport, Pennsylvania, as a U.S. District Court Judge. Please let me introduce myself. My name is: John Charles Kenney, Register No. 05238-041. I am solely acting as a <u>Pro Se</u> litigant in the above titled civil action. Currently, at this particular stage in the proceedings. I am in a "quandary" state of confusion. Thus, there are some discrepancies and deficiencies in (my) pleadings that "unquestioningly" need to be cured and/or corrected. Defendants have and are taking advantage of my <u>pro se</u> status, thereby, "mendaciously" formulating responses. They have repeatedly engaged in strategic acts of "divagation and manipulation" throughout this proceeding. Defendants have successfully manipulated the U.S. Magistrate Judge into believing that, I had failed to exhaust my administrative remedies, before filing this suit. This persuasory tactic motivated by the defendants, is not genuine. Simply, because the facts and record of this case reflect otherwise. In other words, defendants are well aware that, I am in the ocean and do not know how to swim. (Meaning that, I am not an attorney, nor legally trained in law). Although, I know how to doggy paddle, whereby, I am barely keeping my noddle above the water. That, I am slowly drowning, because I "now" need a life-rafter in order to stay afloat. In sum, that rafter I require is an attorney to assist me with the deficiencies and discrepancies in my pleadings. I do not know the intricacies of civil discovery, nor civil trial proceedings. I require such in order to stay afloat. Meaning to keep up with this meritorious case. Or, else I am going to lose, because I do not know how to proceed on. May, I please seek your indulgence in obtainning and/or procuring competent civil counsel in my case. I also wish for you to construe this introductory letter under the appropriate label, necessary for the relief in which I seek. The end.

                                    Respectfully submitted & requested,

cc: jck
                                    _____
                                    JOHN CHARLES KENNEY/ACTING PRO SE
                                    Register No. 05238-041
                                    USP-Pollock
                                    P.O. Box 2099
                                    Pollock, Louisiana 71467-2099