

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CHARLES KENNEY, : | Civil Action No. 1:CV-00-2143 |
| Plaintiff, : | Honorable Judge McClure, Jr. |
| : | (Presiding) |
| v. : | |
| : | |
| JAKE MENDEZ; : | (Magistrate Judge T.M. Blewitt) |
| JESUS "JESSE" GONZALEZ; : | |
| JAMES "JIMMY" SCARBOROUGH; and : | FILED |
| KELLY M. KEISER, : | SCRANTON |
| Defendants. : | AUG 12 2002 |

PRO SE PLAINTIFF'S CURATIVE REQUEST TO DISREGARD HANDWRITTEN NOTICE
DATED 7/26/02

PLAINTIF-John Charles Kenney, acting pro se in the above captioned civil action hereby presents a curatative request to disregard a previous "Handwritten Notice," dated 7/26/02. The "Notice" of 7/26/02 was based upon a mistake regarding a claim of retaliation for redress. However, because the "Notice" was based upon a mistake, or misunderstanding. That at this time, I wish for the Court to disregard the 7/26/02 "Notice" **ONLY**. (See enclosures)(enclosures are actual copies of the previous "Notice," dated 7/26/02). Kenney praises this Court's cooperation regarding the above matter.

Note: defendants were not forwarded copies of this "Notice." Therefore, Kenney wishes for this Honorable Court to disregard the above "Notice" **underseal**. Further, Kenney did not forward any copies to the defendants, nor a copy of the instant curatative request for disregarding the "Notice."

Respectfully submitted and requested,

_____
KENNEY #05238-041/ACTING PRO SE

Dated: August 5, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CARLES KENNEY,
    Plaintiff,

v.

JAKE MENDEZ, Warden, et al.,
    Defendants.

Case No.: 1:CV-00-2143

Magistrate Blewitt

*Def's was forwarded copies*

## Plaintiff's Emergency Notice Of Retaliation 7/26/02

Plaintiff, John Charles Kenney, pri se hereby gives "emergency" notice to the court that he is being "RETALIATED" upon by the Defendants. Defendants are attempting to place Kenney in segregation and in restraints for redress. Therefore, Kenney is unable to respond or participate in this case, until defendants stop retaliating against him. Kenney moves for an "emergency" stay.

Kenney #15520