IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

JOHN CHARLES KENNEY,          :   Civil Action No.
                Plaintiff,    :   1: CV-00-2143

        V.

JAKE MENDEZ, Warden, et al.,  :
                Defendants.   :

**FILED**
WILLIAMSPORT, PA

SEP 2 3 2002

MARY E. D'ANDREA, CLERK
Per _____ KLW
        DEPUTY CLERK

## NOTICE OF APPEAL / PRO SE

Now comes Plaintiff - John Charles Kenney, acting pro se in the above captioned civil action. Kenney on Monday, September 9, 2002, had received a denial from this Court in the above action. As a result, Kenney hereby "timely" files a "NOTICE OF APPEAL". Whereby, Kenney wishes to appeal the District Court's 9/5/02 Order to the Appellate Court. Kenney files this Notice Of Appeal in good faith. Due to Kenney's recent placement in administrative detention. That, Kenney is or unable to forward defendants a copy of this Notice. As a result, Kenney has no other alternative, but to request this Court to forward a copy of this Notice Of Appeal to the defendants.

Respectfully submitted and requested,

Dated: 9/19/02

J. Kenney #05238-041

John Charles Kenney
Register No. 05238-041
USP-Pollock
P.O. Box 2099