OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

# United States Court of Appeals

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4918

September 27, 2002

## NOTICE OF DOCKETING OF APPEAL

**KENNEY**

v.

**MENDEZ, ET AL**

No.: **00-cv-2143**

**Honorable John E. Jones**

FILED
WILLIAMSPORT, PA

SEP 3 0 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

An appeal by **John Charles Kenney** was filed in the above-caption case on 9/23/02, and docketed in this Court on 9/27/02, at No. **02-3686**.

Kindly use the Appeals Docket No. **02-3682** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Phyllis Ruffin** at phyllis_ruffin@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**