OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
|---|---|---|
| Clerk | 21400 United States Courthouse | 267-299-4918 |

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

September 8, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108

**RE: Docket No. 02-3686**
**Kenney  vs. Mendez**
**D.C. No. 00-cv-02143**

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  Phyllis Ruffin
                              Case Manager

Enclosure

cc:
    Mr. John Charles Kenney
    Joseph J. Terz, Esq.