# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

September 23, 2003

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106



Re: John Charles Kenney
    v. Jake Mendez, Warden, et al.
    No. 03-6479
    (Your No. 02-3686)

Dear Clerk:

00-CV-02143
Judge Jones

The petition for a writ of certiorari in the above entitled case was filed on September 18, 2003 and placed on the docket September 23, 2003 as No. 03-6479.

Sincerely,

William K. Suter, Clerk

by

Gail Johnson
Case Analyst

FILED
OCT 0 1 2003
PER
HARRISBURG, PA.   DEPUTY CLERK