# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter,
Clerk of the Court
(202) 479-3011

January 26, 2004

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re: John Charles Kenney
         v. Jake Mendez, Warden, et al.
         No. 03-6479
         (Your No. 02-3686)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter, Clerk**

FILED
HARRISBURG, PA
FEB 02 2004
MARY E. D'ANDREA, CLERK
Per _____