# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

March 22, 2004

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: John Charles Kenney
v. Jake Mendez, Warden, et al.
No. 03-6479
(Your No. 02-3686)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for rehearing is denied.

Sincerely,

William K. Suter, Clerk